Katelyn D. Skinner, OSB No. 105055
Email: kds@buckley-law.com
Katrina Seipel, OSB No. 164793
Email: kas@buckley-law.com
Buckley Law, P.C.
5300 Meadows Rd #200
Lake Oswego, OR 97035
Telephone: 503-620-8900
Fax: 503-620-4878
Attorneys for Respondent Danielle Roper

## UNITED STATES DISTRICT COURT

## DISTRICT OF OREGON

## EUGENE DIVISION

In re the Application of:

OTHMANE MAHJOUBI,

    Petitioner,

and

DANIELLE KATHRYN ROPER,

    Respondent.

Case No.: 6:24-cv-01358-AA

RESPONDENT'S POTENTIAL EXHIBIT LIST

The Convention on the Civil Aspects of International Child Abduction
Done at the Hague on 25 Oct 1980
International Child Abduction Remedies Act, 22 USC § 9001 *et seq*.

Counsel for Respondent, Katrina Seipel, Katelyn Skinner, and Buckley Law, P.C. submit this *Potential Exhibit List* on behalf of the Respondent.

| RESPONDENT'S EXHIBITS | | | |
|---|---|---|---|
| No. | Description | Objection | Admitted Date |
| 201 | Curriculum Vitae – Dr. Landon Poppleton | | |
| 202 | Report – Dr. Landon Poppleton | | |
| 203 | Curriculum Vitae – Dr. Jeffrey L. Edleson | | |

Page 1 – RESPONDENT'S POTENTIAL EXHIBIT LIST

| 204 | Photograph – broken window | | |
|---|---|---|---|
| 205 | Text exchange between Petitioner and Respondent re: Adam | | |
| 206 | WhatsApp text exchange between Petitioner and Respondent re: expected arrival time/children's bedtime | | |
| 207 | WhatsApp text exchange between Petitioner and Respondent re: arrival time at home (March 1, 2024) | | |
| 208 | WhatsApp text exchange between Petitioner and Respondent re: working late (April 18, 2024) | | |
| 209 | WhatsApp text exchange between Petitioner and Respondent re: running late (April 11, 2024) | | |
| 210 | WhatsApp text exchange between petitioner and Respondent re: coming home (March 13, 2024) | | |
| 211 | WhatsApp text exchange between Petitioner and Respondent (March 11, 2024) | | |
| 212 | WhatsApp text exchange between Petitioner and Respondent (March 4, 2024) | | |
| 213 | WhatsApp text exchange between Petitioner and Respondent (February 29, 2024) | | |
| 214 | Parent Teacher Conference Notes for AM (1st grade – Fall 2024) | | |
| 215 | Transcript of audio recording: exchange between Petitioner and Respondent | | |
| 216 | WhatsApp chat history between Petitioner and Respondent (11/3/2015 – 8/8/2024) | | |
| 217 | WhatsApp text exchange between parties (France #) (10/29/2019 – 8/8/2024) | | |
| 218 | WhatsApp text exchange between parties (US #) (6/26/2022 – 8/3/2024) | | |
| 219 | Audio Recording: Conversation between Petitioner and AM (December 12, 2023) | | |
| 220 | Audio Recording: Conversation between Petitioner and Respondent (March 15, 2024) | | |

| | | | |
|---|---|---|---|
| 221 | Audio Recording: Conversation between Petitioner and AM (May 6, 2024) | | |
| 222 | Video Recording of Petitioner and Zachary Roper (August 8, 2024) | | |
| 223 | Zoom call between Petitioner and Children (November 15, 2024) | | |
| 224 | Zoom call between Petitioner and Children (November 17, 2024) | | |
| 225 | Audio Recording of conversation between Petitioner and Respondent (March 15, 2024) | | |
| 226 | Audio Recording of conversation between Petitioner and Respondent (July 26, 2024) | | |

DATED: November 26, 2024

_____
Katrina Seipel, OSB #164793
Of Attorneys for Respondent

Page 3 – RESPONDENT'S POTENTIAL EXHIBIT LIST

CERTIFICATE OF SERVICE

I certify that this document was served by electronic service through by e-mail upon counsel for Petitioner, Richard Min, to rmin@gkmrlaw.com, Michael Banuchis, to mbanuchis@gkmrlaw.com, Tammy Dentinger, to tdentinger@ghrlawyers.com, on this 26th day of November, 2024.

*[signature]*

Katrina Seipel, OSB #164793
Of Attorneys for Respondent
kas@buckley-law.com