Katelyn D. Skinner, OSB No. 105055
Email: kds@buckley-law.com
Katrina Seipel, OSB No. 164793
Email: kas@buckley-law.com
Buckley Law, P.C.
5300 Meadows Rd #200
Lake Oswego, OR 97035
Telephone: 503-620-8900
Fax: 503-620-4878
Attorneys for Respondent Danielle Roper

# UNITED STATES DISTRICT COURT

## DISTRICT OF OREGON

### EUGENE DIVISION

| | |
|---|---|
| In re: the Application of:<br><br>OTHMANE MAHJOUBI,<br><br>    Petitioner,<br><br>and<br><br>DANIELLE KATHRYN ROPER,<br><br>    Respondent. | Case No.: 6:24-cv-01358-AA<br><br>RESPONDENT'S WITNESS LIST |

The Convention on the Civil Aspects of International Child Abduction
Done at the Hague on 25 Oct 1980
International Child Abduction Remedies Act, 22 USC § 9001 *et seq.*

COMES NOW, Respondent Danielle Roper, by and through her attorneys of record, Katrina Seipel, Katelyn Skinner, and Buckley Law, P.C., and submits the following Witness List on behalf of Respondent.

| No. | Name<br>**Lay or Expert Witness** | **Subject of Witness's Testimony** |
|---|---|---|
| 1 | Danielle Roper<br>Petitioner, Lay witness<br>Est. Testimony: 2 – 3 hours | Ms. Roper may testify on all facts and information noted and asserted in the Petition and Answer. |

Page 1 – RESPONDENT'S WITNESS LIST

| 2 | Othmane Mahjoubi<br>Respondent, Lay witness<br>Est. Testimony: 1 hour | Mr. Roper may testify on all facts and information noted and asserted in the Petition and Answer. |
|---|---|---|
| 3. | Landon Poppleton, PhD, JD<br>Expert Witness<br>Est. Testimony: 2 hours | Dr. Poppleton is expected to opine on whether the children have experienced trauma and/or abuse, and whether or not they have any psychological disorders as a result of such trauma and/or abuse. This witness is expected to testify regarding any diagnoses and how such diagnoses affect the child(ren). |
| 4. | Dr. Jeffrey L. Edleson<br>Expert Witness<br>Est. Testimony: 2 hours | Dr. Edleson is expected to serve as a court educator, providing information regarding the impact of adult violence on children and how social systems respond to these children, and why that matters in the context of a Hague Convention case. |
| 5. | Robynne Pendaries<br>Lay Witness<br>Est. Testimony: 30 minutes | Ms. Pendaries may testify about the parties' relationship, Petitioner's parenting, and Petitioner's overall demeanor/coercive and controlling behaviors and how the children were affected by Petitioner's behaviors. |
| 6. | Sally Roper<br>Lay Witness<br>Est. Testimony: 30 minutes | Ms. Roper may testify about the parties' relationship and Petitioner's abuse of Respondent and/or the children. |
| 7. | Virginia Roper Conforti<br>Lay Witness<br>Est. Testimony: 30 minutes | Ms. Conforti may testify about the parties' relationship and Petitioner's abuse of Respondent and/or the children. |
| 8. | AJ Roper<br>Lay Witness<br>Est. Testimony: 30 minutes | Mr. Roper may testify about the parties' relationship and Petitioner's abuse of Respondent and/or the children. |
| 9. | Charles Roper<br>Lay Witness<br>Est. Testimony: 1 hour | Mr. Roper may testify about the parties' relationship and Petitioner's abuse of Respondent and/or the children. |
| 10. | Zachary Roper<br>Lay Witness<br>Est. Testimony: 30 minutes | Mr. Roper may testify about the parties' relationship, Petitioner's abuse of Respondent and/or the children, and Petitioner's substance abuse. |
| 11. | Greg Conforti<br>Lay Witness<br>Est. Testimony: 30 minutes | Mr. Conforti may testify about the parties' relationship and Petitioner's abuse of Respondent and/or the children. |
| 12. | Araceli Cruz<br>Lay Witness<br>Est. Testimony: 30 minutes | Mr. Cruz may testify about the parties' relationship and Petitioner's abuse of Respondent and/or the children. |

| 13. | Catalina Nou Nou<br>Lay Witness<br>Est. Testimony: 30 minutes | Ms. Nou Nou may testify about her observations of the parties, their parenting, the children, and Petitioner's substance abuse |
| --- | --- | --- |
| 14. | Mrs. Casey Robles<br>Lay Witness<br>Est. Testimony: 30 minutes | Mrs. Robles may testify about AM's struggles in school and his disclosures regarding Petitioner and his life in Paris. |
| 15. | Ta Adams<br>Lay Witness<br>Est. Testimony: 30 minutes | Ms. Adams's may testify about AM's struggles in school and his disclosures regarding Petitioner and his life in Paris. |
| 16. | Matt Haning<br>Lay Witness<br>Est. Testimony: 30 minutes | Mr. Haning may testify about AM's struggles in school and his disclosures regarding Petitioner and his life in Paris. |
| 17. | Anja Andrade<br>Lay Witness/DHS Caseworker<br>Est. Testimony: 1 hour | Ms. Andrade may testify regarding the disclosures of the children re: Petitioner. |
| 18. | Molly Becker<br>Lay Witness/Attorney<br>Est. Testimony: 30 minutes | Ms. Becker may testify regarding DHS Process and Procedure. |

Respectfully submitted this 26th day of November, 2024.

_____
Katrina Seipel, OSB #164793
Of Attorneys for Petitioner

<u>CERTIFICATE OF SERVICE</u>

I certify that this document was served by electronic service through by e-mail upon counsel for Petitioner, Richard Min, to [rmin@gkmrlaw.com](mailto:rmin@gkmrlaw.com), Michael Banuchis, to [mbanuchis@gkmrlaw.com](mailto:mbanuchis@gkmrlaw.com), Tammy Dentinger, to [tdentinger@ghrlawyers.com](mailto:tdentinger@ghrlawyers.com), on this 22nd day of November, 2024.

*[signature]*

_____
Katrina Seipel, OSB #164793
Of Attorneys for Respondent
kas@buckley-law.com