# Green Kaminer Min & Rockmore LLP

# INVOICE

420 Lexington Avenue
Suite 2821
New York, NY 10170
USA
rmin@gkmrlaw.com
http://www.gkmrlaw.com

| | |
|---|---|
| Number | 8594 |
| Issue Date | 9/28/2024 |
| Due Date | 10/18/2024 |
| Matter | Mahjoubi Matter |
| Email | othmanemahjoubi@gmail.com |

## Bill To:

Mahjoubi, Othmane

## Time Entries

| Time Entries | Billed By | Rate | Hours | Sub |
|---|---|---|---|---|
| **Time**<br>8/9/2024<br>tel call with client re ▓▓▓▓ | RM | $600.00 | 0.40 | $240.00 |
| **Time**<br>8/9/2024<br>emails re ▓▓▓▓▓▓▓ | RM | $600.00 | 0.20 | $120.00 |
| **Time**<br>8/10/2024<br>emails with client re ▓▓▓▓ | RM | $600.00 | 0.10 | $60.00 |
| **Time**<br>8/11/2024<br>emails re ▓▓▓▓ | RM | $600.00 | 0.30 | $180.00 |
| **Time**<br>8/12/2024<br>conf call with Philippe and local counsel | RM | $600.00 | 0.60 | $360.00 |
| **Time**<br>8/12/2024<br>emails re ▓▓▓▓▓▓▓▓▓ | RM | $600.00 | 0.50 | $300.00 |
| **Time**<br>8/12/2024<br>Call with Phil Cohen, client's friend and attorney in France, and client | CR | $0.00 | 0.60 | $0.00 |
| **Time**<br>8/12/2024<br>Incorporated notes from email sent by Phil Cohen, client's friend and attorney in France, into client narrative | CR | $325.00 | 0.40 | $130.00 |
| **Time**<br>8/12/2024<br>Converted jpeg images to pdfs for potential exhibits | CR | $325.00 | 0.20 | $65.00 |

| Time Entries | Billed By | Rate | Hours | Sub |
|---|---|---|---|---|
| **Time**<br>8/13/2024<br>emails re ██████████████<br>████████ | RM | $600.00 | 0.30 | $180.00 |
| **Time**<br>8/14/2024<br>conf call re ████████ | RM | $600.00 | 0.30 | $180.00 |
| **Time**<br>8/14/2024<br>receipt/review of French hague application documents; emails re ████████ receipt/review of draft letter re ██████████████ | RM | $600.00 | 0.50 | $300.00 |
| **Time**<br>8/14/2024<br>Call with client, Phil Cohen, and French attorneys about strategy and next steps | CR | $0.00 | 0.30 | $0.00 |
| **Time**<br>8/15/2024<br>draft petition | MB | $525.00 | 1.20 | $630.00 |
| **Time**<br>8/15/2024<br>edit/revise petition, emails re ████ receipt/review of letter from OC re settlement | RM | $600.00 | 0.60 | $360.00 |
| **Time**<br>8/16/2024<br>edit/revise petition, emails re ██████████<br>receipt/review of Oregon letter to OC; prep hague filings; receipt/review of email from Tammy re ██████████ | RM | $600.00 | 1.50 | $900.00 |
| **Time**<br>8/16/2024<br>Updated Hague Petition | CR | $325.00 | 0.60 | $195.00 |
| **Time**<br>8/16/2024<br>Added descriptions to all Petitioner's proposed exhibit list and added descriptions to all of Respondent's proposed exhibit list | CR | $325.00 | 2.00 | $650.00 |
| **Time**<br>8/16/2024<br>Drafted Civil Cover Sheet | CR | $325.00 | 0.30 | $97.50 |
| **Time**<br>8/16/2024<br>Drafted Hague Summons | CR | $325.00 | 0.30 | $97.50 |
| **Time**<br>8/19/2024<br>conf call with US team and client re ██████████ | RM | $600.00 | 1.10 | $660.00 |

| Time Entries | Billed By | Rate | Hours | Sub |
|---|---|---|---|---|
| Time<br>8/19/2024<br>receipt/review of narrative from client and text msg re ████ ████ receipt/review of filed Hague application; prepare PHV application; receipt/review of filed Hague petition and case management order | RM | $600.00 | 0.70 | $420.00 |
| Time<br>8/19/2024<br>Call with client RE ████ | CR | $0.00 | 1.10 | $0.00 |
| Time<br>8/20/2024<br>prepare and file PHV motion; emails re ████ | RM | $600.00 | 0.20 | $120.00 |
| Draft/revise<br>8/20/2024<br>draft motion for expedited consideration | MA | $325.00 | 1.50 | $487.50 |
| Time<br>8/21/2024<br>Revise/edit motion to expedite | MB | $525.00 | 0.50 | $262.50 |
| Time<br>8/21/2024<br>Draft letter response to settlement proposal | MB | $525.00 | 0.30 | $157.50 |
| Time<br>8/21/2024<br>receipt/review of email from OC; review/edit motion to expedite; edit/revise letter to OC, emails re ████ | RM | $600.00 | 1.10 | $660.00 |
| Time<br>8/23/2024<br>email from OC re ████ | RM | $600.00 | 0.10 | $60.00 |
| Time<br>8/23/2024<br>Email response to settlement proposal | MB | $525.00 | 0.10 | $52.50 |
| Time<br>8/26/2024<br>Updated timeline based on new info received via email | CR | $325.00 | 0.20 | $65.00 |
| Time<br>8/26/2024<br>receipt/reivew of documents/witness information; emails re ████ ████ | RM | $600.00 | 0.40 | $240.00 |
| Time<br>8/27/2024<br>emails re ████, receipt/review of PHV order | RM | $600.00 | 0.20 | $120.00 |
| Time<br>8/27/2024<br>Added to timeline | CR | $325.00 | 0.20 | $65.00 |

| Time Entries | Billed By | Rate | Hours | Sub |
|---|---|---|---|---|
| **Time**<br>8/27/2024<br>Created catalog and added exhibits shared by client | CR | $325.00 | 0.20 | $65.00 |
| **Time**<br>8/28/2024<br>emails re ███████████ | RM | $600.00 | 0.20 | $120.00 |
| **Time**<br>8/29/2024<br>emails re ██████ | RM | $600.00 | 0.10 | $60.00 |
| **Time**<br>8/30/2024<br>emails re ██████ | RM | $600.00 | 0.30 | $180.00 |
| | | **Time Entries Total** | **19.70** | **$8,840.00** |

| | |
|---|---|
| Subtotal | $8,840.00 |
| Discount (10.00%) | $884.00 |
| Total (USD) | $7,956.00 |
| Payment 10798 9/28/2024<br>Transfer from New - GKMR Trust Account | $-7,956.00 |
| Balance | $0.00 |
| Total Outstanding | $0.00 |

## Timekeeper Totals

| Name | Rate | Hours | Total |
|---|---|---|---|
| RM | $600.00 | 9.70 | $5,820.00 |
| CR | $223.44 | 6.40 | $1,430.00 |
| MB | $525.00 | 2.10 | $1,102.50 |
| MA | $325.00 | 1.50 | $487.50 |



# Green Kaminer Min & Rockmore LLP

# INVOICE

420 Lexington Avenue
Suite 2821
New York, NY 10170
USA
rrmin@gkmrlaw.com
http://www.gkmrlaw.com

| | |
|---|---|
| Number | 8761 |
| Issue Date | 10/28/2024 |
| Due Date | 11/17/2024 |
| Matter | Mahjoubi Matter |
| Email | othmanemahjoubi@gmail.com |

## Bill To:

Mahjoubi, Othmane

## Time Entries

| Time Entries | Billed By | Rate | Hours | Sub |
|---|---|---|---|---|
| Time<br>9/3/2024<br>Call with Client and French counsel | CR | $0.00 | 0.60 | $0.00 |
| Time<br>9/3/2024<br>conf call with team re ▇ | RM | $600.00 | 0.60 | $360.00 |
| Time<br>9/3/2024<br>emails re ▇ emails with state dept re ▇ | RM | $600.00 | 0.20 | $120.00 |
| Time<br>9/4/2024<br>email to OC re ▇ | RM | $600.00 | 0.10 | $60.00 |
| Time<br>9/4/2024<br>Email to opposing counsel | CR | $325.00 | 0.10 | $32.50 |
| Time<br>9/5/2024<br>emails with state dept re ▇ | RM | $600.00 | 0.10 | $60.00 |
| Time<br>9/6/2024<br>emails with court re ▇ emails with state dept re ▇ | RM | $600.00 | 0.30 | $180.00 |
| Time<br>9/8/2024<br>emails re ▇ | RM | $600.00 | 0.30 | $180.00 |
| Time<br>9/10/2024<br>emails re ▇ receipt/review of French divorce filings, emails re ▇ receipt/review of Oregon MTD and filings | RM | $600.00 | 0.60 | $360.00 |

| Time Entries | Billed By | Rate | Hours | Sub |
|---|---|---|---|---|
| Time<br>9/11/2024<br>receipt/review of client and French comments to MTD, emails re ████ edit/revise MTD; emails with state dept re ████ | RM | $600.00 | 0.60 | $360.00 |
| Time<br>9/12/2024<br>receipt/review of revised MTD and supporting papers, emails re ████ receipt/review of scheduling order, emails re ████ receipt/review of witness names from client | RM | $600.00 | 0.60 | $360.00 |
| Time<br>9/12/2024<br>emails re ██████ | RM | $600.00 | 0.20 | $120.00 |
| Time<br>9/14/2024<br>emails re ████ | RM | $600.00 | 0.10 | $60.00 |
| Time<br>9/16/2024<br>emails re ████ | RM | $600.00 | 0.20 | $120.00 |
| Time<br>9/17/2024<br>emails re ████ | RM | $600.00 | 0.10 | $60.00 |
| Time<br>9/18/2024<br>receipt/reivew of attorney package | RM | $600.00 | 0.20 | $120.00 |
| Time<br>9/18/2024<br>Reviewing Hague Application documents from State Dept. | CR | $325.00 | 0.30 | $97.50 |
| Time<br>9/19/2024<br>Team meeting re: ████ | MB | $525.00 | 0.70 | $367.50 |
| Time<br>9/19/2024<br>Email OC re: ████ | MB | $525.00 | 0.10 | $52.50 |
| Time<br>9/19/2024<br>Call with Client | CR | $325.00 | 0.70 | $227.50 |
| Time<br>9/19/2024<br>emails with state dept re ████ emails with court and OC re ████ | RM | $600.00 | 0.20 | $120.00 |
| Time<br>9/20/2024<br>emails with court re ████ receipt/review of scheduling order | RM | $600.00 | 0.20 | $120.00 |

| Time Entries | Billed By | Rate | Hours | Sub |
|---|---|---|---|---|
| Time<br>9/20/2024<br>Email to team re: ██████ | MB | $525.00 | 0.10 | $52.50 |
| Time<br>9/20/2024<br>Email to court re: ██████ | MB | $525.00 | 0.10 | $52.50 |
| Time<br>9/24/2024<br>email with state dept re ████████ | RM | $600.00 | 0.10 | $60.00 |
| Time<br>9/28/2024<br>emails re ████████ | RM | $600.00 | 0.10 | $60.00 |
| Time<br>9/29/2024<br>emails re ████████ | RM | $600.00 | 0.20 | $120.00 |
| Time<br>9/30/2024<br>receipt/review of opp papers to MTD | RM | $600.00 | 0.20 | $120.00 |
| **Time Entries Total** | | | **7.90** | **$4,002.50** |

| | |
|---|---|
| Subtotal | $4,002.50 |
| Discount (15.00%) | $600.41 |
| Total (USD) | $3,402.09 |
| Payment 11046 10/28/2024<br>Transfer from New - GKMR Trust Account | -$3,402.09 |
| Balance | $0.00 |
| Total Outstanding | $0.00 |

## Timekeeper Totals

| Name | Rate | Hours | Total |
|---|---|---|---|
| CR | $210.29 | 1.70 | $357.50 |
| RM | $600.00 | 5.20 | $3,120.00 |
| MB | $525.00 | 1.00 | $525.00 |



# Green Kaminer Min & Rockmore LLP

# INVOICE

420 Lexington Avenue
Suite 2821
New York
USA
rmin@gkmrlaw.com
http://www.gkmrlaw.com

| Number | 8954 |
|---|---|
| Issue Date | 11/18/2024 |
| Due Date | 12/8/2024 |
| Matter | Mahjoubi Matter |
| Email | othmanemahjoubi@gmail.com |

## Bill To:

Mahjoubi, Othmane

## Time Entries

| Time Entries | Billed By | Rate | Hours | Sub |
|---|---|---|---|---|
| Time<br>10/1/2024<br>Team call | MB | $525.00 | 0.40 | $210.00 |
| Time<br>10/1/2024<br>Call with client | CR | $325.00 | 0.90 | $292.50 |
| Time<br>10/1/2024<br>conf call with team re ███████████ | RM | $600.00 | 0.90 | $540.00 |
| Time<br>10/1/2024<br>emails with team re ███████████ | RM | $600.00 | 0.20 | $120.00 |
| Time<br>10/2/2024<br>emails re ████████ | RM | $600.00 | 0.20 | $120.00 |
| Time<br>10/3/2024<br>emails re ███████████<br>█████ | RM | $600.00 | 0.20 | $120.00 |
| Time<br>10/4/2024<br>receipt/review/edit reply to MTD in Oregon; emails re ██████<br>████████ | RM | $600.00 | 0.50 | $300.00 |
| Time<br>10/5/2024<br>emails re ██████ | RM | $600.00 | 0.20 | $120.00 |
| Time<br>10/7/2024<br>receipt/review of filed reply papers; emails with court re █████ | RM | $600.00 | 0.20 | $120.00 |

I-8954

| Time Entries | Billed By | Rate | Hours | Sub |
|---|---|---|---|---|
| Time<br>10/8/2024<br>tel call with Tammy re ▉ | RM | $600.00 | 0.10 | $60.00 |
| Time<br>10/8/2024<br>emails re ▉ receipt/review of scheduling order | RM | $600.00 | 0.40 | $240.00 |
| Time<br>10/9/2024<br>emails re ▉ receipt/review of proof of service | RM | $600.00 | 0.20 | $120.00 |
| Time<br>10/14/2024<br>emails re ▉ | RM | $600.00 | 0.10 | $60.00 |
| Time<br>10/17/2024<br>emails re ▉ | RM | $600.00 | 0.10 | $60.00 |
| Time<br>10/21/2024<br>Team call | MB | $525.00 | 0.70 | $367.50 |
| Time<br>10/21/2024<br>Team Call | RM | $600.00 | 0.60 | $360.00 |
| Time<br>10/21/2024<br>Team meeting RE ▉ | CR | $325.00 | 0.70 | $227.50 |
| Time<br>10/22/2024<br>Court appearance | MB | $525.00 | 0.40 | $210.00 |
| Time<br>10/22/2024<br>Team call after court appearance. | MB | $525.00 | 0.60 | $315.00 |
| Time<br>10/22/2024<br>Show Cause Appearance | CR | $325.00 | 0.40 | $130.00 |
| Time<br>10/22/2024<br>Team Meeting after court hearing | CR | $325.00 | 0.60 | $195.00 |
| Time<br>10/22/2024<br>Preparing Trial Prep doc for client | CR | $325.00 | 0.40 | $130.00 |
| Time<br>10/22/2024<br>Reviewed notice of appearance filed by respondent | CR | $325.00 | 0.10 | $32.50 |

| Time Entries | Billed By | Rate | Hours | Sub |
|---|---|---|---|---|
| Time<br>10/22/2024<br>receipt/review of notice of app of OC; emails re ████████ | RM | $600.00 | 0.20 | $120.00 |
| Time<br>10/22/2024<br>court app | RM | $600.00 | 0.40 | $240.00 |
| Time<br>10/22/2024<br>conf call with team re ██████ | RM | $600.00 | 0.60 | $360.00 |
| Time<br>10/22/2024<br>emails re ██████ | RM | $600.00 | 0.10 | $60.00 |
| Time<br>10/22/2024<br>tel call with Tammy re ███ | RM | $600.00 | 0.10 | $60.00 |
| Time<br>10/23/2024<br>receipt/review of scheduling order, minute entry and interpreter information | RM | $600.00 | 0.20 | $120.00 |
| Time<br>10/24/2024<br>emails re ████ | RM | $600.00 | 0.10 | $60.00 |
| Time<br>10/24/2024<br>Call with Dr. Ryan | MB | $525.00 | 0.80 | $420.00 |
| Time<br>10/25/2024<br>call with Cherif and Philippe re ████████ | RM | $600.00 | 0.30 | $180.00 |
| Time<br>10/25/2024<br>call with team re ███████ | RM | $600.00 | 0.70 | $420.00 |
| Time<br>10/25/2024<br>receipt/review of Tammy letter to OC; emails re ██████ | RM | $600.00 | 0.30 | $180.00 |
| Time<br>10/25/2024<br>Sent email to OPC RE ███████ | CR | $325.00 | 0.10 | $32.50 |
| Time<br>10/28/2024<br>Drafted engagement letter for Dr. Ryan | CR | $325.00 | 0.20 | $65.00 |
| Time<br>10/28/2024<br>Revise proposed stipulated order with new trial dates | CR | $325.00 | 0.20 | $65.00 |

| Time Entries | Billed By | Rate | Hours | Sub |
|---|---|---|---|---|
| Time<br>10/28/2024<br>Drafted request for production of documents | CR | $325.00 | 0.40 | $130.00 |
| Time<br>10/28/2024<br>Sent email to OPC RE ▮▮▮▮▮ | CR | $325.00 | 0.10 | $32.50 |
| Time<br>10/28/2024<br>conf call with OC re ▮▮▮▮ | RM | $600.00 | 0.30 | $180.00 |
| Time<br>10/28/2024<br>emails re ▮▮▮▮ | RM | $600.00 | 0.20 | $120.00 |
| Time<br>10/28/2024<br>Meet & Confer with OPC RE ▮▮▮▮ | CR | $325.00 | 0.30 | $97.50 |
| Time<br>10/29/2024<br>receipt/review of Answer; email from OC re ▮▮▮▮ ▮▮▮▮ | RM | $600.00 | 0.40 | $240.00 |
| Time<br>10/29/2024<br>Review/edit drafts of engagement letter for Dr. Ryan | MB | $525.00 | 0.20 | $105.00 |
| Time<br>10/29/2024<br>Review/edit draft scheduling order | MB | $525.00 | 0.20 | $105.00 |
| Time<br>10/29/2024<br>Review/revise draft RFP | MB | $525.00 | 0.20 | $105.00 |
| Time<br>10/29/2024<br>Review proposed stay order for state proceeding | MB | $525.00 | 0.10 | $52.50 |
| Time<br>10/29/2024<br>Reviewed Answer and Affirmative Defenses and provided a summary to the client | CR | $325.00 | 1.00 | $325.00 |
| Time<br>10/30/2024<br>email to court re scheduling; receipt/review of expert disclosures; emails re ▮▮▮▮ receipt/review of motion for GAL | RM | $600.00 | 0.60 | $360.00 |
| Time<br>10/30/2024<br>call with team re ▮▮▮▮ | RM | $600.00 | 1.00 | $600.00 |

| Time Entries | Billed By | Rate | Hours | Sub |
|---|---|---|---|---|
| Time<br>10/30/2024<br>meet and confer with OC | RM | $600.00 | 0.20 | $120.00 |
| Time<br>10/30/2024<br>Call with client & French counsel RE ███████ | CR | $325.00 | 1.00 | $325.00 |
| Time<br>10/30/2024<br>Meet & Confer RE ███████ | CR | $325.00 | 0.20 | $65.00 |
| Time<br>10/30/2024<br>Emailed OPC RE ███████ | CR | $325.00 | 0.10 | $32.50 |
| Time<br>10/30/2024<br>Emailed client & French counsel summary of meet & confer with OPC | CR | $325.00 | 0.10 | $32.50 |
| Time<br>10/30/2024<br>Emailed client RE ███████ | CR | $325.00 | 0.10 | $32.50 |
| Time<br>10/31/2024<br>Review motion for GAL | MB | $525.00 | 0.20 | $105.00 |
| Time<br>10/31/2024<br>Review expert disclosure | MB | $525.00 | 0.10 | $52.50 |
| Time<br>10/31/2024<br>Emailed the U.S. State Dept RE judge's letter | CR | $325.00 | 0.10 | $32.50 |
| Time<br>10/31/2024<br>Status conference | CR | $325.00 | 1.00 | $325.00 |
| Time<br>10/31/2024<br>Drafted Opp to Motion for GAL | CR | $325.00 | 2.00 | $650.00 |
| Time<br>10/31/2024<br>emails re ████ receipt/review of potential witnesses; receipt/review of court scheduling order, minute entry | RM | $600.00 | 0.40 | $240.00 |
| Time<br>10/31/2024<br>status conference appearance | RM | $600.00 | 1.00 | $600.00 |
| **Time Entries Total** | | | **24.90** | **$11,897.50** |

| | |
|---|---|
| Subtotal | $11,897.50 |
| Discount (15.00%) | $1,784.69 |
| Total (USD) | $10,112.81 |
| Payment 11209 11/18/2024<br>Transfer from New - GKMR Trust Account | $-10,112.81 |
| Balance | $0.00 |
| Total Outstanding | $0.00 |

## Timekeeper Totals

| Name | Rate | Hours | Total |
|---|---|---|---|
| RM | $600.00 | 11.00 | $6,600.00 |
| MB | $525.00 | 3.90 | $2,047.50 |
| CR | $325.00 | 10.00 | $3,250.00 |



# Green Kaminer Min & Rockmore LLP

# INVOICE

420 Lexington Avenue
Suite 2821
New York
USA
rmin@gkmrlaw.com
http://www.gkmrlaw.com

| | |
|---|---|
| Number | 9113 |
| Issue Date | 12/13/2024 |
| Due Date | 1/2/2025 |
| Matter | Mahjoubi Matter |
| Email | othmanemahjoubi@gmail.com |

## Bill To:

Mahjoubi, Othmane



## Time Entries

| Time Entries | Billed By | Rate | Hours | Sub |
|---|---|---|---|---|
| Time<br>11/1/2024<br>review opp to motion for GAL; emails re ████<br>██████ | RM | $600.00 | 0.80 | $480.00 |
| Time<br>11/1/2024<br>Revise/edit opposition to GAL | MB | $525.00 | 0.40 | $210.00 |
| Time<br>11/1/2024<br>Added witnesses to initial disclosures draft | CR | $325.00 | 0.60 | $195.00 |
| Time<br>11/1/2024<br>Drafted proposed order for OPP to GAL | CR | $325.00 | 0.20 | $65.00 |
| Time<br>11/1/2024<br>Drafted discovery demands | CR | $325.00 | 1.00 | $325.00 |
| Time<br>11/1/2024<br>Email to OPC RE mediation | CR | $325.00 | 0.10 | $32.50 |
| Time<br>11/1/2024<br>Email to OPC RE pretrial scheduling | CR | $325.00 | 0.10 | $32.50 |
| Time<br>11/1/2024<br>Finalized Opp. to GAL ██████████ | CR | $325.00 | 0.60 | $195.00 |
| Time<br>11/1/2024<br>Review email re: ██████ | MB | $525.00 | 0.10 | $52.50 |

| Time Entries | Billed By | Rate | Hours | Sub |
|---|---|---|---|---|
| Time<br>11/3/2024<br>receipt/review of evidence folder, emails re █████; receipt/review of notes to opp to GAL | RM | $600.00 | 0.30 | $180.00 |
| Time<br>11/4/2024<br>conf call with team re████████████ | RM | $600.00 | 0.50 | $300.00 |
| Time<br>11/4/2024<br>tel call with Dr. Ryan | RM | $600.00 | 0.90 | $540.00 |
| Time<br>11/4/2024<br>tel call with Tammy re█████ | RM | $600.00 | 0.10 | $60.00 |
| Time<br>11/4/2024<br>emails re ██████████ review initial disclosures, emails re █████ review/edit opp to motion for GAL, emails re █████ emails re ██████████ emails re initial disclosures with OC and discovery schedule | RM | $600.00 | 1.90 | $1,140.00 |
| Time<br>11/4/2024<br>Review Phil's summary of ██████ | MB | $525.00 | 0.10 | $52.50 |
| Time<br>11/4/2024<br>Review/revise initial disclosures | MB | $525.00 | 0.10 | $52.50 |
| Time<br>11/4/2024<br>Team call re: ████████████ | MB | $525.00 | 0.50 | $262.50 |
| Time<br>11/4/2024<br>Adding exhibits to initial disclosures & finalizing witness list | CR | $325.00 | 1.30 | $422.50 |
| Time<br>11/4/2024<br>Call with client & Gaelle Bonnet RE ██████████ | CR | $325.00 | 0.50 | $162.50 |
| Time<br>11/4/2024<br>Call with Dr. Ryan RE ████████ | CR | $325.00 | 0.90 | $292.50 |
| Time<br>11/4/2024<br>Email to OPC RE ███████ | CR | $325.00 | 0.10 | $32.50 |

| Time Entries | Billed By | Rate | Hours | Sub |
|---|---|---|---|---|
| Time<br>11/5/2024<br>Review email re: ██████████ | MB | $525.00 | 0.10 | $52.50 |
| Time<br>11/5/2024<br>Drafted Letter Motion to Court RE ██████████ ██████ | CR | $325.00 | 2.50 | $812.50 |
| Time<br>11/5/2024<br>Emailed French Certified Interpreters | CR | $325.00 | 0.10 | $32.50 |
| Time<br>11/5/2024<br>Served Respondent via email with Petitioner's Initial Disclosures | CR | $325.00 | 0.10 | $32.50 |
| Time<br>11/5/2024<br>receipt/review of order re GAL; emails with OC re scheduling; draft motion for discovery scheduling; emails with team re ██████████ | RM | $600.00 | 0.60 | $360.00 |
| Time<br>11/6/2024<br>tel call with client re ██████████ | RM | $600.00 | 0.40 | $240.00 |
| Time<br>11/6/2024<br>tel call with possible forensic | RM | $600.00 | 0.20 | $120.00 |
| Time<br>11/6/2024<br>emails with court re ██████████ receipt/review of scheduling order; review French legal expert report; review/edit discovery demands, emails re ████ receipt/review of Resp discovery demands; receipt/review of expert report; receipt/review of order staying case in OR; receipt/review of Edleson CV | RM | $600.00 | 1.90 | $1,140.00 |
| Time<br>11/6/2024<br>Drafted email to Court RE discovery dispute | CR | $325.00 | 0.20 | $65.00 |
| Time<br>11/6/2024<br>Served Petitioner's Initial Expert Report | CR | $325.00 | 0.10 | $32.50 |
| Time<br>11/6/2024<br>Draft/revise/edit demands | MB | $525.00 | 0.30 | $157.50 |
| Time<br>11/6/2024<br>Review email from OC re: discovery dispute | MB | $525.00 | 0.10 | $52.50 |

| Time Entries | Billed By | Rate | Hours | Sub |
|---|---|---|---|---|
| Time<br>11/6/2024<br>Review correspondence with court and OC re: discovery | MB | $525.00 | 0.20 | $105.00 |
| Time<br>11/6/2024<br>Review order re: discovery | MB | $525.00 | 0.10 | $52.50 |
| Time<br>11/6/2024<br>Review legal opinion | MB | $525.00 | 0.10 | $52.50 |
| Time<br>11/6/2024<br>Team Meeting RE ███████████ | CR | $325.00 | 0.40 | $130.00 |
| Time<br>11/6/2024<br>Reviewed discovery demands ███████████<br>██████ | CR | $325.00 | 0.20 | $65.00 |
| Time<br>11/6/2024<br>Drafted email to Court RE discovery dispute | CR | $325.00 | 0.20 | $65.00 |
| Time<br>11/6/2024<br>Review emails re: ███████ | MB | $525.00 | 0.10 | $52.50 |
| Time<br>11/6/2024<br>Review French expert report | MB | $525.00 | 0.10 | $52.50 |
| Time<br>11/6/2024<br>Review/revise/edit discovery demands | MB | $525.00 | 0.20 | $105.00 |
| Time<br>11/6/2024<br>E-mail French interpreters. | EB | $175.00 | 0.60 | $105.00 |
| Time<br>11/6/2024<br>Team meeting re: ███████ | MB | $525.00 | 0.40 | $210.00 |
| Time<br>11/7/2024<br>Email correspondence with Phil re: ███████ | MB | $525.00 | 0.10 | $52.50 |
| Time<br>11/7/2024<br>Review emails re: ███████████ | MB | $525.00 | 0.10 | $52.50 |
| Time<br>11/7/2024<br>Emailed retainer agreement to Dr. Stoltzfus and organized payment of retainer fee | CR | $325.00 | 0.10 | $32.50 |

I-9113

| Time Entries | Billed By | Rate | Hours | Sub |
|---|---|---|---|---|
| Time<br>11/7/2024<br>Emailed French Certified Interpreters | CR | $325.00 | 0.10 | $32.50 |
| Time<br>11/7/2024<br>Drafted Petitioner's responses & objections to Respondent's RFPs | CR | $325.00 | 0.60 | $195.00 |
| Time<br>11/7/2024<br>Reviewed Respondent's RFPs | CR | $325.00 | 0.20 | $65.00 |
| Time<br>11/7/2024<br>Reviewed Respondent's Expert Report & took notes | CR | $325.00 | 0.50 | $162.50 |
| Time<br>11/7/2024<br>Email correspondence with Dr. Stoltzfus RE ███████<br>██████████ | CR | $325.00 | 0.10 | $32.50 |
| Time<br>11/7/2024<br>emails re ███████████ | RM | $600.00 | 0.20 | $120.00 |
| Time<br>11/8/2024<br>prepare final discovery demands; emails re ██████ | RM | $600.00 | 0.30 | $180.00 |
| Time<br>11/8/2024<br>Review email from Dr. Stolzfus re: ████████<br>██████████ | MB | $525.00 | 0.10 | $52.50 |
| Time<br>11/8/2024<br>Team meeting re: ████████ | MB | $525.00 | 1.30 | $682.50 |
| Time<br>11/8/2024<br>Emails with Dr. Y re: ██████ | MB | $525.00 | 0.20 | $105.00 |
| Time<br>11/8/2024<br>Call with client RE ███████████████<br>████████ | CR | $325.00 | 1.30 | $422.50 |
| Time<br>11/8/2024<br>Added notes to responses & objections to Respondent's RFPs | CR | $325.00 | 0.30 | $97.50 |
| Time<br>11/8/2024<br>Email correspondence RE ████████ | CR | $325.00 | 0.10 | $32.50 |

| Time Entries | Billed By | Rate | Hours | Sub |
|---|---|---|---|---|
| Time<br>11/8/2024<br>Email to Dr. Stoltzfus RE ███████ | CR | $325.00 | 0.10 | $32.50 |
| Time<br>11/8/2024<br>Call with Dr. Stoltzfus | CR | $325.00 | 0.30 | $97.50 |
| Time<br>11/8/2024<br>Revised discovery demands | CR | $325.00 | 0.20 | $65.00 |
| Time<br>11/8/2024<br>Email correspondence to French Interpreter | CR | $325.00 | 0.10 | $32.50 |
| Time<br>11/8/2024<br>Emailed opposing counsel with Petitioner's discovery demands | CR | $325.00 | 0.10 | $32.50 |
| Time<br>11/8/2024<br>Reviewed caselaw cited in Respondent's Expert Report | CR | $325.00 | 0.30 | $97.50 |
| Time<br>11/8/2024<br>Read sections of correspondence between the parties | CR | $325.00 | 0.50 | $162.50 |
| Time<br>11/9/2024<br>Review Respondent's initial disclosures | MB | $525.00 | 0.20 | $105.00 |
| Time<br>11/9/2024<br>Review email from Phil re: ███████ | MB | $525.00 | 0.10 | $52.50 |
| Time<br>11/9/2024<br>receipt/review of Resp initial disclosures; emails re ███████<br>███ | RM | $600.00 | 0.40 | $240.00 |
| Time<br>11/11/2024<br>emails re ███████ | RM | $600.00 | 0.10 | $60.00 |
| Time<br>11/11/2024<br>Reviewed first set of exhibits received and organised them in respective folders for our response to respondent's request for production | CR | $325.00 | 2.60 | $845.00 |
| Time<br>11/11/2024<br>Reviewed email from Phil RE ███████ | CR | $325.00 | 0.10 | $32.50 |

| Time Entries | Billed By | Rate | Hours | Sub |
|---|---|---|---|---|
| Time<br>11/12/2024<br>Team meeting re: ▮▮▮▮ | MB | $525.00 | 0.50 | $262.50 |
| Time<br>11/12/2024<br>Team meeting with client re: ▮▮▮▮ | MB | $525.00 | 1.30 | $682.50 |
| Time<br>11/12/2024<br>Call with client Re ▮▮▮▮ | CR | $325.00 | 1.30 | $422.50 |
| Time<br>11/12/2024<br>Email to OC re: ▮▮▮▮ | MB | $525.00 | 0.10 | $52.50 |
| Time<br>11/12/2024<br>Review background info for forensic | MB | $525.00 | 0.10 | $52.50 |
| Time<br>11/12/2024<br>tel call with team re ▮▮▮▮ | RM | $600.00 | 0.50 | $300.00 |
| Time<br>11/12/2024<br>emails re ▮▮▮▮ receipt/review of forensic background info from client | RM | $600.00 | 0.20 | $120.00 |
| Time<br>11/13/2024<br>emails re ▮▮▮▮ emails with OC re scheduling; review of email from OC to court re discovery | RM | $600.00 | 0.50 | $300.00 |
| Time<br>11/13/2024<br>Email to Dr. Stolzfus re: ▮▮▮▮ | MB | $525.00 | 0.10 | $52.50 |
| Time<br>11/13/2024<br>Email to OPC RE ▮▮▮▮ | CR | $325.00 | 0.10 | $32.50 |
| Time<br>11/13/2024<br>Revised request for production responses & objections | CR | $325.00 | 1.00 | $325.00 |
| Time<br>11/13/2024<br>Reviewed supplemental exhibits | CR | $325.00 | 0.50 | $162.50 |
| Time<br>11/13/2024<br>Organized and cataloged production response | CR | $325.00 | 2.00 | $650.00 |

| Time Entries | Billed By | Rate | Hours | Sub |
|---|---|---|---|---|
| Time<br>11/13/2024<br>Email to forensic expert RE ███████ | CR | $325.00 | 0.10 | $32.50 |
| Time<br>11/13/2024<br>Team meeting to discuss case status | MB | $525.00 | 0.40 | $210.00 |
| Time<br>11/13/2024<br>Client call re: ███████ | MB | $525.00 | 0.50 | $262.50 |
| Time<br>11/13/2024<br>Reviewed email from OPC to Court re ███████ | CR | $325.00 | 0.10 | $32.50 |
| Time<br>11/13/2024<br>Call with client re ███████ | CR | $325.00 | 0.50 | $162.50 |
| Time<br>11/13/2024<br>Reviewed email correspondence between Phil and interpreter | CR | $325.00 | 0.10 | $32.50 |
| Time<br>11/13/2024<br>Review emails re: ███████ | MB | $525.00 | 0.10 | $52.50 |
| Time<br>11/13/2024<br>Review emails re: ███████ | MB | $525.00 | 0.10 | $52.50 |
| Time<br>11/13/2024<br>Review emails re: ███████ | MB | $525.00 | 0.10 | $52.50 |
| Time<br>11/14/2024<br>Review emails re: ███████ | MB | $525.00 | 0.10 | $52.50 |
| Time<br>11/14/2024<br>Review email re: ███████ | MB | $525.00 | 0.10 | $52.50 |
| Time<br>11/14/2024<br>Review email from Phil re: ███████ | MB | $525.00 | 0.10 | $52.50 |
| Time<br>11/14/2024<br>Review email from OC to court requesting extension | MB | $525.00 | 0.10 | $52.50 |
| Time<br>11/14/2024<br>Review court order re: extension request | MB | $525.00 | 0.10 | $52.50 |

| Time Entries | Billed By | Rate | Hours | Sub |
|---|---|---|---|---|
| Time<br>11/14/2024<br>emails and call re ██████████ receipt/review of scheduling orders; review of email correspondence with court; review/edit discovery responses and review document production; receipt/review of Resp document production and responses; emails re ██████ emails re ██████ | RM | $600.00 | 1.50 | $900.00 |
| Time<br>11/15/2024<br>review draft stip for remote testimony and draft narrative for Mahjoubi forensic; emails re ████████ | RM | $600.00 | 0.30 | $180.00 |
| Time<br>11/15/2024<br>tel call with forensic evaluator | RM | $600.00 | 0.40 | $240.00 |
| Time<br>11/15/2024<br>Review respondent's discovery response | MB | $525.00 | 0.50 | $262.50 |
| Time<br>11/15/2024<br>Review/revise draft stip for remote testimony | MB | $525.00 | 0.20 | $105.00 |
| Time<br>11/15/2024<br>Review email re OC's insufficient response | MB | $525.00 | 0.10 | $52.50 |
| Time<br>11/15/2024<br>Email correspondence with fact witnesses re ██████ | CR | $325.00 | 0.10 | $32.50 |
| Time<br>11/15/2024<br>Email correspondence re ████████████ | CR | $325.00 | 0.10 | $32.50 |
| Time<br>11/15/2024<br>Email correspondence with forensic expert re ██████████ | CR | $325.00 | 0.10 | $32.50 |
| Time<br>11/15/2024<br>Draft stipulation for remote testimony | CR | $325.00 | 0.30 | $97.50 |
| Time<br>11/15/2024<br>Draft email for OPC re responses to RFPs | CR | $325.00 | 0.20 | $65.00 |
| Time<br>11/15/2024<br>Email correspondence with OPC re scheduling children's evaluations | CR | $325.00 | 0.10 | $32.50 |
| Time<br>11/15/2024<br>Reviewed/edited background info for forensic expert ████████ | CR | $325.00 | 0.30 | $97.50 |

| Time Entries | Billed By | Rate | Hours | Sub |
|---|---|---|---|---|
| Time<br>11/15/2024<br>Call with forensic expert re client's evaluation | CR | $325.00 | 0.40 | $130.00 |
| Time<br>11/15/2024<br>Reviewed Phil's notes re ▮▮▮▮▮ | CR | $325.00 | 0.50 | $162.50 |
| Time<br>11/16/2024<br>Call with Dr. St | CR | $325.00 | 0.10 | $32.50 |
| Time<br>11/16/2024<br>Reviewed email from interpreter | CR | $325.00 | 0.10 | $32.50 |
| Time<br>11/16/2024<br>Reviewed Phil's email re ▮▮▮▮ | CR | $325.00 | 0.10 | $32.50 |
| Time<br>11/16/2024<br>Email correspondence with fact witness | CR | $325.00 | 0.10 | $32.50 |
| Time<br>11/16/2024<br>emails re ▮▮▮▮ forensic eval, email to OC re ▮▮▮▮ ▮▮▮ | RM | $600.00 | 0.20 | $120.00 |
| Time<br>11/16/2024<br>Review videos/audio exhibits | MB | $525.00 | 1.30 | $682.50 |
| Time<br>11/18/2024<br>witness interview | RM | $600.00 | 0.50 | $300.00 |
| Time<br>11/18/2024<br>tel call with Philippe re ▮▮▮ | RM | $600.00 | 0.30 | $180.00 |
| Time<br>11/18/2024<br>review of potential trial exhibits for translation purposes; emails re ▮▮▮▮ | RM | $600.00 | 0.40 | $240.00 |
| Time<br>11/18/2024<br>tel call with forensic re ▮▮▮ | RM | $600.00 | 0.20 | $120.00 |
| Time<br>11/18/2024<br>Meeting re: ▮▮▮ | MB | $525.00 | 0.30 | $157.50 |

| Time Entries | Billed By | Rate | Hours | Sub |
|---|---|---|---|---|
| Time<br>11/18/2024<br>Reviewed catalog with Rich and Mike to chose which exhibits to have translated | CR | $325.00 | 0.30 | $97.50 |
| Time<br>11/18/2024<br>Call with Dr. S re Client's evaluation | CR | $325.00 | 0.20 | $65.00 |
| Time<br>11/18/2024<br>Witness call | CR | $325.00 | 0.40 | $130.00 |
| Time<br>11/18/2024<br>Call with Phil after witness call | CR | $325.00 | 0.70 | $227.50 |
| Time<br>11/18/2024<br>Revised exhibit list with new translated docs | CR | $325.00 | 0.30 | $97.50 |
| Time<br>11/18/2024<br>Email correspondence with multiple witnesses | CR | $325.00 | 0.30 | $97.50 |
| Time<br>11/18/2024<br>Email correspondence with Phil re ███████ | CR | $325.00 | 0.10 | $32.50 |
| Time<br>11/18/2024<br>Reviewed email correspondence with French interpreter | CR | $325.00 | 0.10 | $32.50 |
| Time<br>11/19/2024<br>Witness call | MB | $525.00 | 0.50 | $262.50 |
| Time<br>11/19/2024<br>Client meeting for trial prep | MB | $525.00 | 1.90 | $997.50 |
| Time<br>11/19/2024<br>Witness call with head of soccer club | MB | $525.00 | 0.20 | $105.00 |
| Time<br>11/19/2024<br>Bates stamp Exhibits. | EB | $175.00 | 0.80 | $140.00 |
| Time<br>11/19/2024<br>Draft pretrial brief | MB | $525.00 | 1.10 | $577.50 |
| Time<br>11/19/2024<br>Witness Call - Natalia | CR | $325.00 | 0.70 | $227.50 |

| Time Entries | Billed By | Rate | Hours | Sub |
|---|---|---|---|---|
| Time<br>11/19/2024<br>Trial Prep with Client | CR | $325.00 | 1.90 | $617.50 |
| Time<br>11/19/2024<br>Witness Call - Sabrina - and convo with Phil after | CR | $325.00 | 0.80 | $260.00 |
| Time<br>11/19/2024<br>Email correspondence with Witness | CR | $325.00 | 0.10 | $32.50 |
| Time<br>11/19/2024<br>Email correspondence with Witness | CR | $325.00 | 0.10 | $32.50 |
| Time<br>11/19/2024<br>Email correspondence with OPC re production of documents and stipulation for remote testimony | CR | $325.00 | 0.10 | $32.50 |
| Time<br>11/19/2024<br>Cataloged Respondent's Production Response | CR | $325.00 | 1.80 | $585.00 |
| Time<br>11/19/2024<br>Email correspondence with Dr. S | CR | $325.00 | 0.10 | $32.50 |
| Time<br>11/19/2024<br>tel call with potential witness (Natalia Fernandez) | RM | $600.00 | 0.70 | $420.00 |
| Time<br>11/19/2024<br>meeting with client re ▓▓▓▓▓▓ | RM | $600.00 | 1.90 | $1,140.00 |
| Time<br>11/20/2024<br>emails re ▓▓▓▓▓▓▓▓▓ | RM | $600.00 | 0.20 | $120.00 |
| Time<br>11/20/2024<br>Call with Witness - Dan - and Trial Discussion with Phil after | CR | $325.00 | 0.60 | $195.00 |
| Time<br>11/20/2024<br>Call with Witness - Dan - and Trial Discussion with Phil after | CR | $325.00 | 0.60 | $195.00 |
| Time<br>11/20/2024<br>Call with Witness - Steven - and Trial Discussion with Phil after | CR | $325.00 | 0.60 | $195.00 |
| Time<br>11/20/2024<br>Call with Witness - Aline - and Trial Discussion with Phil after | CR | $325.00 | 0.70 | $227.50 |

| Time Entries | Billed By | Rate | Hours | Sub |
|---|---|---|---|---|
| Time<br>11/20/2024<br>Email correspondence with Dr. Stoltzfus | CR | $325.00 | 0.10 | $32.50 |
| Time<br>11/21/2024<br>Call with Gaelle Bonnet | CR | $325.00 | 0.60 | $195.00 |
| Time<br>11/21/2024<br>Drafted outline for call with Gaelle Bonnet | CR | $325.00 | 0.20 | $65.00 |
| Time<br>11/21/2024<br>Email correspondence with Dr. Stoltzfus re ███ | CR | $325.00 | 0.10 | $32.50 |
| Time<br>11/21/2024<br>Email correspondence with witness | CR | $325.00 | 0.10 | $32.50 |
| Time<br>11/21/2024<br>Email correspondence with Phil re ███ | CR | $325.00 | 0.10 | $32.50 |
| Time<br>11/21/2024<br>Chose exhibits for exhibit list and prepared folder with trial exhibits (including extracting produced documents from Respondent and merging translations) | CR | $325.00 | 3.50 | $1,137.50 |
| Time<br>11/21/2024<br>Finalized witness list for exchange | CR | $325.00 | 0.40 | $130.00 |
| Time<br>11/21/2024<br>tell call with Gaelle re expert testimony prep | RM | $600.00 | 0.60 | $360.00 |
| Time<br>11/21/2024<br>emails re ███ | RM | $600.00 | 0.20 | $120.00 |
| Time<br>11/21/2024<br>Witness call with Gaelle | MB | $525.00 | 0.60 | $315.00 |
| Time<br>11/21/2024<br>Review/edit draft stip for remote testimony | MB | $525.00 | 0.10 | $52.50 |
| Time<br>11/22/2024<br>Communications with Dr. Stoltzfus, finalize expert report for exchange | MB | $525.00 | 0.50 | $262.50 |

| Time Entries | Billed By | Rate | Hours | Sub |
|---|---|---|---|---|
| Time<br>11/22/2024<br>Review/finalize exhibits to send to OC | MB | $525.00 | 0.40 | $210.00 |
| Time<br>11/22/2024<br>emails re ████████████ receipt/review of draft expert report and rog responses; receipt/review of recording production; emails with court re discovery issues; receipt/review of scheduling order | RM | $600.00 | 0.00 | $0.00 |
| Time<br>11/22/2024<br>Review trial exhibits for exchange | MB | $525.00 | 1.00 | $525.00 |
| Time<br>11/22/2024<br>Email correspondence re: ████████████ | MB | $525.00 | 0.10 | $52.50 |
| Time<br>11/22/2024<br>Call with Dr. S. re: ████ | MB | $525.00 | 0.30 | $157.50 |
| Time<br>11/22/2024<br>Review respondent's exhibits | MB | $525.00 | 0.50 | $262.50 |
| Time<br>11/22/2024<br>Witness call - Paula Thomas | CR | $325.00 | 0.70 | $227.50 |
| Time<br>11/22/2024<br>Witness call - Delphine Hage | CR | $325.00 | 0.50 | $162.50 |
| Time<br>11/22/2024<br>Redacted exhibits | CR | $325.00 | 0.70 | $227.50 |
| Time<br>11/22/2024<br>Finalized exhibits, exhibit list, and witness list for exchange | CR | $325.00 | 0.80 | $260.00 |
| Time<br>11/22/2024<br>Reviewed Respondent's interrogatories | CR | $325.00 | 0.10 | $32.50 |
| Time<br>11/22/2024<br>Email correspondence with Gaelle Bonnet | CR | $325.00 | 0.10 | $32.50 |
| Time<br>11/22/2024<br>Reviewed Dr. Stoltzfus Expert Report | CR | $325.00 | 0.20 | $65.00 |

| Time Entries | Billed By | Rate | Hours | Sub |
|---|---|---|---|---|
| Time<br>11/22/2024<br>Email correspondence with Dr. Stoltzfus | CR | $325.00 | 0.10 | $32.50 |
| Time<br>11/22/2024<br>Reviewed some of Respondent's supplemental production | CR | $325.00 | 0.50 | $162.50 |
| Time<br>11/22/2024<br>Email correspondence with OPC re exhibits, exhibit list and witness list | CR | $325.00 | 0.10 | $32.50 |
| Time<br>11/22/2024<br>Reviewed Respondent's Exhibits, Exhibit List and Witness List | CR | $325.00 | 0.50 | $162.50 |
| Time<br>11/23/2024<br>receipt/review of notes on recordings; receipt/review of Respondent proposed exhibits and witnesses; receipt/review of final report, emails re same | RM | $600.00 | 0.00 | $0.00 |
| Time<br>11/24/2024<br>Bates Stamped Exhibits | CR | $325.00 | 0.60 | $195.00 |
| Time<br>11/24/2024<br>Drafted Pre Trial Brief | CR | $325.00 | 3.00 | $975.00 |
| Time<br>11/25/2024<br>receipt/review/edit declaration regarding discovery; receipt/review of minute entry on hearing; correspondence re ▇▇▇▇▇▇▇▇ ▇▇▇▇▇▇▇▇ emails re ▇▇▇▇▇ receipt/review of email from OC re ▇▇▇▇ review of proposed exhibits and witness list; receipt/review of Resp declaration pertaining to interrogatories; emails re ▇▇▇▇▇▇▇▇ | RM | $600.00 | 0.00 | $0.00 |
| Time<br>11/25/2024<br>Revise exhibit list | MB | $525.00 | 0.10 | $52.50 |
| Time<br>11/25/2024<br>Review minute entry | MB | $525.00 | 0.10 | $52.50 |
| Time<br>11/25/2024<br>Team meeting | MB | $525.00 | 0.70 | $367.50 |
| Time<br>11/25/2024<br>Bates stamp proposed trial exhibits. | EB | $175.00 | 1.50 | $262.50 |

| Time Entries | Billed By | Rate | Hours | Sub |
|---|---|---|---|---|
| **Time**<br>11/25/2024<br>Court call | MB | $525.00 | 0.60 | $315.00 |
| **Time**<br>11/25/2024<br>Meeting re: ██████ | MB | $525.00 | 0.40 | $210.00 |
| **Time**<br>11/25/2024<br>Meeting with CR re: ██████ | MB | $525.00 | 0.50 | $262.50 |
| **Time**<br>11/25/2024<br>Revise/edit pretrial brief | MB | $525.00 | 0.90 | $472.50 |
| **Time**<br>11/25/2024<br>Finalized exhibits | CR | $325.00 | 0.10 | $32.50 |
| **Time**<br>11/25/2024<br>Email correspondence with OPC re ██████ | CR | $325.00 | 0.10 | $32.50 |
| **Time**<br>11/25/2024<br>Email correspondence with local counsel re hard copies of exhibits | CR | $325.00 | 0.10 | $32.50 |
| **Time**<br>11/25/2024<br>Email correspondence with witnesses | CR | $325.00 | 0.10 | $32.50 |
| **Time**<br>11/25/2024<br>Edited pretrial brief and added motions in limine | CR | $325.00 | 1.20 | $390.00 |
| **Time**<br>11/25/2024<br>Reviewed email correspondence from opposing counsel re discovery | CR | $325.00 | 0.10 | $32.50 |
| **Time**<br>11/25/2024<br>Reviewed exhibits, witnesses, and objections with Mike | CR | $325.00 | 0.50 | $162.50 |
| **Time**<br>11/25/2024<br>Telephonic conference re discovery dispute | CR | $325.00 | 0.60 | $195.00 |
| **Time**<br>11/25/2024<br>Call with client pre conference | CR | $325.00 | 0.80 | $260.00 |
| **Time**<br>11/25/2024<br>Call with client post conference | CR | $325.00 | 0.30 | $97.50 |

| Time Entries | Billed By | Rate | Hours | Sub |
|---|---|---|---|---|
| Time<br>11/25/2024<br>Call with Dr. Stoltzfus | CR | $325.00 | 0.20 | $65.00 |
| Time<br>11/25/2024<br>Email correspondence with Dr. Stoltzfus | CR | $325.00 | 0.10 | $32.50 |
| Time<br>11/26/2024<br>Revised declaration re discovery dispute | CR | $325.00 | 0.30 | $97.50 |
| Time<br>11/26/2024<br>Reviewed client's comments and edits on Pretrial Memo | CR | $325.00 | 0.10 | $32.50 |
| Time<br>11/26/2024<br>Meeting with Gaelle | MB | $525.00 | 0.60 | $315.00 |
| Time<br>11/26/2024<br>Revise/edit pretrial brief | MB | $525.00 | 3.10 | $1,627.50 |
| Time<br>11/26/2024<br>Meeting with Gaelle Bonnet | CR | $325.00 | 0.60 | $195.00 |
| Time<br>11/26/2024<br>Email correspondence with client re ███████ ███████ | CR | $325.00 | 0.10 | $32.50 |
| Time<br>11/26/2024<br>Email correspondence with opposing counsel re ███████ ███████ | CR | $325.00 | 0.10 | $32.50 |
| Time<br>11/26/2024<br>Coordinating delivery of hard copies of exhibits to Court | CR | $325.00 | 0.20 | $65.00 |
| Time<br>11/26/2024<br>Call with client re ███████ | CR | $325.00 | 0.60 | $195.00 |
| Time<br>11/26/2024<br>Reviewed Respondent's objections to our Exhibits | CR | $325.00 | 0.10 | $32.50 |
| Time<br>11/26/2024<br>Email correspondence with client re ███████ | CR | $325.00 | 0.10 | $32.50 |

| Time Entries | Billed By | Rate | Hours | Sub |
|---|---|---|---|---|
| Time<br>11/26/2024<br>Reviewing/editing/finalizing Exhibit List, Witness List, and Pretrial Brief | CR | $325.00 | 1.80 | $585.00 |
| Time<br>11/26/2024<br>Email correspondence with Dr. Thomas | CR | $325.00 | 0.10 | $32.50 |
| Time<br>11/26/2024<br>Review edits to pretrial brief | MB | $525.00 | 0.10 | $52.50 |
| Time<br>11/26/2024<br>Review Respondent's pretrial filings | MB | $525.00 | 0.30 | $157.50 |
| Time<br>11/26/2024<br>receipt/review/edit of amended draft declaration regarding discovery; receipt/review/edit pretrial brief; email from OC re issues at trial; receipt/reviewe of resp declaration regarding discovery failure; receipt/review of supplemental production from Resp; receipt/review of resp objections to petitioner exhibits; receipt/review of filed resp ex and witness lists and pretrial brief | RM | $600.00 | 0.00 | $0.00 |
| Time<br>11/27/2024<br>receipt/review of additional declaration and exhibits from Resp re discovery failures; review/edit declaration for discovery issues | RM | $600.00 | 0.00 | $0.00 |
| Time<br>11/27/2024<br>Review emails/drafts of scheduling order and joint letter | MB | $525.00 | 0.20 | $105.00 |
| Time<br>11/27/2024<br>Witness call with P. Thomas | MB | $525.00 | 0.30 | $157.50 |
| Time<br>11/27/2024<br>Revise/edit/finalize declaration re: production and file | MB | $525.00 | 0.30 | $157.50 |
| Time<br>11/29/2024<br>Trial prep - ███████████ | MB | $525.00 | 9.80 | $5,145.00 |
| Time<br>11/29/2024<br>Review emails re: ███████████ | MB | $525.00 | 0.10 | $52.50 |
| Time<br>11/29/2024<br>Trial prep - ██████████ | MB | $525.00 | 4.50 | $2,362.50 |

| Time Entries | Billed By | Rate | Hours | Sub |
|---|---|---|---|---|
| Time<br>11/29/2024<br>emails re ████████████ receipt/review of client responses to Danielle's journal | RM | $600.00 | 0.00 | $0.00 |
| Time<br>11/30/2024<br>Review videos | MB | $525.00 | 2.20 | $1,155.00 |
| Time<br>12/1/2024<br>Trial prep | MB | $525.00 | 3.60 | $1,890.00 |
| Time<br>12/1/2024<br>emails re ████████ | RM | $600.00 | 0.00 | $0.00 |
| Time<br>12/2/2024<br>emails re ████████ receipt/review of amended discovery responses; emails re ████████ emails with Dr. S re recordings | RM | $600.00 | 0.00 | $0.00 |
| Time<br>12/2/2024<br>Trial prep | MB | $525.00 | 4.10 | $2,152.50 |
| Time<br>12/2/2024<br>Call with OC re: mediation | MB | $525.00 | 0.20 | $105.00 |
| Time<br>12/2/2024<br>Client call re: ████ | MB | $525.00 | 0.20 | $105.00 |
| Time<br>12/2/2024<br>Email correspondence with OC re: mediation | MB | $525.00 | 0.10 | $52.50 |
| Time<br>12/2/2024<br>Email correspondence with Phil re ████████ | CR | $325.00 | 0.10 | $32.50 |
| Time<br>12/2/2024<br>Revised stipulation for remote testimony | CR | $325.00 | 0.20 | $65.00 |
| Time<br>12/2/2024<br>Email correspondence with fact witnesses for scheduling purposes | CR | $325.00 | 0.20 | $65.00 |
| Time<br>12/2/2024<br>Reviewed email correspondence re ████████ | CR | $325.00 | 0.10 | $32.50 |
| Time<br>12/2/2024<br>Call with client re ████████ | CR | $325.00 | 0.80 | $260.00 |

| Time Entries | Billed By | Rate | Hours | Sub |
|---|---|---|---|---|
| Time<br>12/2/2024<br>Email correspondence with Dr. Stoltzfus re video and audio recordings | CR | $325.00 | 0.10 | $32.50 |
| Time<br>12/3/2024<br>Witness call | CR | $325.00 | 0.20 | $65.00 |
| Time<br>12/3/2024<br>Witness call | CR | $325.00 | 0.30 | $97.50 |
| Time<br>12/3/2024<br>Revised stipulation for remote testimony | CR | $325.00 | 0.10 | $32.50 |
| Time<br>12/3/2024<br>Convo with Phil after witness call | CR | $325.00 | 0.30 | $97.50 |
| Time<br>12/3/2024<br>Started drafting Othmane's direct examination script | CR | $325.00 | 1.40 | $455.00 |
| Time<br>12/3/2024<br>Reviewed some Zoom recordings and audios | CR | $325.00 | 1.00 | $325.00 |
| Time<br>12/3/2024<br>Email correspondence with Dr. Stoltzfus re ▮▮▮▮▮ | CR | $325.00 | 0.10 | $32.50 |
| Time<br>12/3/2024<br>Drafted scripts for fact witnesses | CR | $325.00 | 0.80 | $260.00 |
| Time<br>12/3/2024<br>Call with Berenice | MB | $525.00 | 0.50 | $262.50 |
| Time<br>12/3/2024<br>Witness call | MB | $525.00 | 0.20 | $105.00 |
| Time<br>12/3/2024<br>Trial prep - ▮▮▮▮▮ | MB | $525.00 | 5.10 | $2,677.50 |
| Time<br>12/3/2024<br>Trial prep | MB | $525.00 | 7.10 | $3,727.50 |
| Time<br>12/3/2024<br>review of remote witness stipulation; emails re s▮▮▮▮ | RM | $600.00 | 0.00 | $0.00 |

| Time Entries | Billed By | Rate | Hours | Sub |
|---|---|---|---|---|
| **Time**<br>12/4/2024<br>Trial prep - client call | MB | $525.00 | 2.30 | $1,207.50 |
| **Time**<br>12/4/2024<br>Call with client re ▮ | CR | $325.00 | 2.40 | $780.00 |
| **Time**<br>12/4/2024<br>Witness Call | CR | $325.00 | 0.30 | $97.50 |
| **Time**<br>12/4/2024<br>Call with client re ▮ | CR | $325.00 | 0.40 | $130.00 |
| **Time**<br>12/4/2024<br>Witness/client call | MB | $525.00 | 0.50 | $262.50 |
| **Time**<br>12/4/2024<br>Reviewed email correspondence with OPC re mediation | CR | $325.00 | 0.10 | $32.50 |
| **Time**<br>12/4/2024<br>Trial Prep: reviewed messages between parties and all of Respondent's exhibits and took notes for trial | CR | $325.00 | 2.40 | $780.00 |
| **Time**<br>12/4/2024<br>Revised direct examination script for client | CR | $325.00 | 0.40 | $130.00 |
| **Time**<br>12/4/2024<br>Trial prep - ▮ | MB | $525.00 | 7.50 | $3,937.50 |
| **Time**<br>12/4/2024<br>Call with Katrina re: settlement | MB | $525.00 | 0.20 | $105.00 |
| **Time**<br>12/5/2024<br>Pretrial conference | MB | $525.00 | 0.50 | $262.50 |
| **Time**<br>12/5/2024<br>Call with client re ▮ | CR | $325.00 | 0.30 | $97.50 |
| **Time**<br>12/5/2024<br>Pretrial conference | CR | $325.00 | 0.50 | $162.50 |
| **Time**<br>12/5/2024<br>Reviewed Respondent's Response to Petitioner's Motion in Limine | CR | $325.00 | 0.20 | $65.00 |

| Time Entries | Billed By | Rate | Hours | Sub |
|---|---|---|---|---|
| Time<br>12/5/2024<br>Worked on Danielle's cross examination script | CR | $325.00 | 0.80 | $260.00 |
| Time<br>12/5/2024<br>Revised witness scripts | CR | $325.00 | 0.30 | $97.50 |
| Time<br>12/5/2024<br>Revised Othmane's direct examination script | CR | $325.00 | 0.80 | $260.00 |
| Time<br>12/5/2024<br>emails re ███████ review emails with expert re recordings | RM | $600.00 | 0.00 | $0.00 |
| Time<br>12/6/2024<br>receipt/review of opp to MIL; emails re ███████ | RM | $600.00 | 0.30 | $180.00 |
| Time<br>12/6/2024<br>Email correspondence with Court re ██████ | CR | $325.00 | 0.10 | $32.50 |
| Time<br>12/6/2024<br>Email correspondence with witnesses re ██████ | CR | $325.00 | 0.10 | $32.50 |
| Time<br>12/6/2024<br>Email correspondence to client re ███████ | CR | $325.00 | 0.10 | $32.50 |
| Time<br>12/6/2024<br>Witness call with Dan Zanzouri | CR | $325.00 | 0.40 | $130.00 |
| Time<br>12/6/2024<br>Call with Phil after witness call | CR | $325.00 | 0.40 | $130.00 |
| Time<br>12/6/2024<br>Call with client and French counsel re ██████ | CR | $325.00 | 0.40 | $130.00 |
| Time<br>12/6/2024<br>Pretrial conference | CR | $325.00 | 0.50 | $162.50 |
| Time<br>12/6/2024<br>Call with Dr. Stoltzfus | CR | $325.00 | 0.60 | $195.00 |
| Time<br>12/6/2024<br>Email correspondence with opposing counsel re witness schedule | CR | $325.00 | 0.10 | $32.50 |

| Time Entries | Billed By | Rate | Hours | Sub |
|---|---|---|---|---|
| Time<br>12/6/2024<br>Call with Dr. Stoltzfus | MB | $525.00 | 0.60 | $315.00 |
| Time<br>12/6/2024<br>Trail prep with client | MB | $525.00 | 1.50 | $787.50 |
| Time<br>12/6/2024<br>Prep expert witness questions | MB | $525.00 | 5.90 | $3,097.50 |
| Time<br>12/7/2024<br>Trial prep | MB | $525.00 | 6.70 | $3,517.50 |
| Time<br>12/7/2024<br>Prepare direct and cross examination questions | MB | $525.00 | 5.50 | $2,887.50 |
| Time<br>12/7/2024<br>Email with Phil re ███████ | CR | $325.00 | 0.10 | $32.50 |
| Time<br>12/7/2024<br>emails re ███████ | RM | $600.00 | 0.10 | $60.00 |
| Time<br>12/8/2024<br>Client meeting for trial prep | MB | $525.00 | 1.00 | $525.00 |
| Time<br>12/8/2024<br>Trial prep - ███████ | MB | $525.00 | 3.30 | $1,732.50 |
| Time<br>12/9/2024<br>Tech test run for trial | CR | $325.00 | 0.30 | $97.50 |
| Time<br>12/9/2024<br>Organized travel arrangements/ purchased flights for Mike and I | CR | $325.00 | 0.80 | $260.00 |
| Time<br>12/9/2024<br>Email correspondence with Cherif re ███████ | CR | $325.00 | 0.10 | $32.50 |
| Time<br>12/9/2024<br>Email correspondence with Katrina re revised schedule | CR | $325.00 | 0.10 | $32.50 |
| Time<br>12/9/2024<br>Email correspondence with opposing counsel re in person access to the child | CR | $325.00 | 0.10 | $32.50 |

| Time Entries | Billed By | Rate | Hours | Sub |
|---|---|---|---|---|
| Time<br>12/9/2024<br>Email correspondence with Tammy re ███ | CR | $325.00 | 0.10 | $32.50 |
| Time<br>12/9/2024<br>Email correspondence with the Court re trial test run | CR | $325.00 | 0.10 | $32.50 |
| Time<br>12/9/2024<br>Worked on Danielle's Cross Script | CR | $325.00 | 2.00 | $650.00 |
| Time<br>12/9/2024<br>Trial prep | MB | $525.00 | 8.20 | $4,305.00 |
| Time<br>12/10/2024<br>Prepare direct and cross examination questions | MB | $525.00 | 7.80 | $4,095.00 |
| Time<br>12/10/2024<br>Revised/edited/added to Respondent's cross examination script | CR | $325.00 | 3.00 | $975.00 |
| Time<br>12/10/2024<br>Email correspondence with opposing counsel re access to the child | CR | $325.00 | 0.10 | $32.50 |
| Time<br>12/10/2024<br>Reviewed Respondent's supplemental production | CR | $325.00 | 0.20 | $65.00 |
| Time<br>12/10/2024<br>Call with client re ███ | CR | $325.00 | 0.60 | $195.00 |
| Time<br>12/10/2024<br>Call with Tammy's paralegal re ███ | CR | $325.00 | 0.20 | $65.00 |
| Time<br>12/10/2024<br>Email correspondence with Gaelle Bonnet re trial prep | CR | $325.00 | 0.10 | $32.50 |
| Time<br>12/10/2024<br>Email correspondence with Dr. Stoltzfus re trial prep | CR | $325.00 | 0.10 | $32.50 |
| Time<br>12/10/2024<br>Drafted Amended Exhibit List and prepared Amended Exhibits for Court | CR | $325.00 | 0.40 | $130.00 |
| Time<br>12/10/2024<br>receipt/review of additional disclosures from OC, emails re ███ | RM | $600.00 | 0.20 | $120.00 |

| Time Entries | Billed By | Rate | Hours | Sub |
|---|---|---|---|---|
| **Time**<br>12/11/2024<br>trial prep | MB | $525.00 | 10.50 | $5,512.50 |
| **Time**<br>12/11/2024<br>Trial Prep | CR | $325.00 | 6.00 | $1,950.00 |
| **Time**<br>12/12/2024<br>trial | MB | $525.00 | 6.50 | $3,412.50 |
| **Time**<br>12/12/2024<br>Listened to two-hour recording between Danielle and Charles | CR | $325.00 | 2.00 | $650.00 |
| **Time**<br>12/12/2024<br>Trial Day 1 | CR | $325.00 | 6.50 | $2,112.50 |
| **Time**<br>12/12/2024<br>correspondence re ███████ | RM | $600.00 | 0.20 | $120.00 |
| | | **Time Entries Total** | **250.70** | **$112,552.50** |

## Expenses

| Expenses | Billed By | Price | Qty | Sub |
|---|---|---|---|---|
| **Experts**<br>11/13/2024<br>to expert for retainer | RM | $6,000.00 | 1.00 | $6,000.00 |
| **Uncategorized**<br>11/22/2024<br>Payment to Paul Stoltzfus. | EB | $2,275.00 | 1.00 | $2,275.00 |
| **Uncategorized**<br>11/22/2024<br>Credit card processing fee. | EB | $68.25 | 1.00 | $68.25 |
| **Uncategorized**<br>12/11/2024<br>UBER to airport | MB | $102.00 | 1.00 | $102.00 |
| | | **Expenses Total:** | **4.00** | **$8,445.25** |

| | |
|---|---|
| Total (USD) | $120,997.75 |
| Payment 11229 12/18/2024 | $-2,343.25 |
| Payment 11423 12/18/2024 | $-4,529.10 |
| Transfer from New - GKMR Trust Account | |
| Balance | $114,125.40 |
| Total Outstanding | $114,125.40 |

## Timekeeper Totals

| Name | Rate | Hours | Total |
|---|---|---|---|
| RM | $600.00 | 18.00 | $10,800.00 |
| MB | $525.00 | 132.80 | $69,720.00 |
| CR | $325.00 | 97.00 | $31,525.00 |
| EB | $175.00 | 2.90 | $507.50 |



# Green Kaminer Min & Rockmore LLP

# INVOICE

| | |
|---|---|
| Number | 9281 |
| Issue Date | 12/26/2024 |
| Due Date | 1/15/2025 |
| Matter | Mahjoubi Matter |
| Email | othmanemahjoubi@gmail.com |

420 Lexington Avenue
Suite 2821
New York
USA
rmin@gkmrlaw.com
http://www.gkmrlaw.com

## Bill To:

Mahjoubi, Othmane



## Time Entries

| Time Entries | Billed By | Rate | Hours | Sub |
|---|---|---|---|---|
| Time<br>12/13/2024<br>Call with French Counsel re ▮▮▮▮▮ | CR | $325.00 | 0.40 | $130.00 |
| Time<br>12/13/2024 | RM | $600.00 | 0.00 | $0.00 |
| Time<br>12/13/2024<br>tel call with team re ▮▮▮▮▮ | RM | $600.00 | 0.20 | $120.00 |
| Time<br>12/13/2024<br>Settlement conference | MB | $525.00 | 3.50 | $1,837.50 |
| Time<br>12/13/2024<br>Travel time | MB | $525.00 | 8.00 | $4,200.00 |
| Time<br>12/16/2024<br>Email correspondence re ▮▮▮▮▮ | CR | $325.00 | 0.10 | $32.50 |
| Time<br>12/16/2024<br>Email correspondence with Dr. Stoltzfus re ▮▮▮▮▮ | CR | $325.00 | 0.10 | $32.50 |
| Time<br>12/16/2024<br>Review Tammy's email re ▮▮▮▮▮ | CR | $325.00 | 0.10 | $32.50 |
| Time<br>12/17/2024<br>Reviewed Court's order re updating the Court once the children have returned | CR | $325.00 | 0.10 | $32.50 |

| Time Entries | Billed By | Rate | Hours | Sub |
|---|---|---|---|---|
| Time<br>12/17/2024<br>Email correspondence with court reporter re trial transcripts | CR | $325.00 | 0.10 | $32.50 |
| Time<br>12/18/2024<br>Email correspondence with court reporter re trial transcripts | CR | $325.00 | 0.10 | $32.50 |
| Time<br>12/20/2024<br>Drafted motion for attorney fees & sanctions | CR | $325.00 | 2.80 | $910.00 |
| Time<br>12/22/2024<br>Worked on motion for attorney fees & sanctions | CR | $325.00 | 3.00 | $975.00 |
| Time<br>12/23/2024<br>Email correspondence with court/OC re: closing case | MB | $525.00 | 0.10 | $52.50 |
| Time<br>12/23/2024<br>Drafted Richard's declaration for Motion, gathered all invoices for Motion, finalized motion & memo of law | CR | $325.00 | 2.50 | $812.50 |
| Time<br>12/23/2024<br>reviewed email correspondence with court re closing case | CR | $325.00 | 0.10 | $32.50 |
| Time<br>12/23/2024<br>Email correspondence with court and OC re: dismissing case | MB | $525.00 | 0.10 | $52.50 |
| Time<br>12/24/2024<br>Revised Motion for Attorney Fees, added costs/expenses to Motion, Revised Richard's Declaration, Emailed Dr. Stoltzfus for Full Invoice | CR | $325.00 | 1.50 | $487.50 |
| Time<br>12/24/2024<br>Draft fee motion | MB | $525.00 | 2.10 | $1,102.50 |
| Time<br>12/25/2024<br>Draft fee motion | MB | $525.00 | 1.90 | $997.50 |
| Time<br>12/25/2024<br>Revised/Edited Motion for Attorney Fees & corresponding exhibits, ████████████ | CR | $325.00 | 1.20 | $390.00 |
| Time<br>12/26/2024<br>Revised/edited MAF & corresponding exhibits based on client's comments | CR | $325.00 | 0.50 | $162.50 |

| Time Entries | Billed By | Rate | Hours | Sub |
|---|---|---|---|---|
| | | **Time Entries Total** | **28.50** | **$12,457.50** |

## Expenses

| Expenses | Billed By | Price | Qty | Sub |
|---|---|---|---|---|
| Out-of-town travel<br>12/13/2024<br>Flights to and from Eugene, Oregon, including change of flight on Thursday | CR | $3,465.00 | 1.00 | $3,465.00 |
| Out-of-town travel<br>12/13/2024<br>Uber to Newark Airport on December 11, 2024 | CR | $155.85 | 1.00 | $155.85 |
| | | **Expenses Total:** | **2.00** | **$3,620.85** |

| | |
|---|---|
| Total (USD) | $16,078.35 |
| Paid | $0.00 |
| Balance | $16,078.35 |
| I-9113 Previous Balance | $114,125.40 |
| Total Outstanding | $130,203.75 |

## Timekeeper Totals

| Name | Rate | Hours | Total |
|---|---|---|---|
| CR | $325.00 | 12.60 | $4,095.00 |
| RM | $600.00 | 0.20 | $120.00 |
| MB | $525.00 | 15.70 | $8,242.50 |