Case No. 6:24-cv-01358-AA          *Mahjoubi v. Roper*          Green Kaminer Min & Rockmore LLP

| Itemization of Costs & Expenses | | | |
|---|---|---|---|
| **Category** | **Description** | **Amount ($)** | **Amount (€)[1]** |
| Gaëlle Bonnet | Trial preparation | 1,123.92 | 1,080 |
| Gaëlle Bonnet | Expert report on French law and ameliorative measures | 3,746.41 | 3,600 |
| Dr. Paul Stoltzfus | Rebuttal expert report and trial preparation | 10,975.00 | |
| Alexandre Boiché Law Firm | French counsel's invoice for all work related to the Hague proceeding | 8,371.11 | 8,040 |
| Garrett Hemann Robertson PC | Local counsel's invoice for all work related to the Hague proceeding | 10,193.16 | |
| Leroi & Associés | Personal Service in Oregon | 458.43 | 440.3 |
| Travel Expenses | Mr. Mahjoubi's flight to Oregon for trial | 2,108.31 | |
| Travel Expenses (GKMR) | Flights and Ubers from New York to Eugene, Oregon | 3,567.96 | |
| Hertz | Car rental for trial (in the name of Chérif Zouein, who was driving Mr. Mahjoubi) | 119.62 | |
| Gas station | Gas for the Oregon trip | 81.66 | |
| Lyft/Uber | Taxi to Hertz and to airport to return to France | 40.55 | |
| The Gordon Hotel | Hotel rooms for Michael Banuchis, Camilla Redmond, Mr. Mahjoubi, and two interpreters (the amount does not include the room for Chérif Zouein who accompanied Mr. Mahjoubi that is included in the invoice provided ($839.24)) | 4,406.01 | |
| The Gordon Hotel | Food and beverage costs | 993 | |
| Amex | Amex car insurance (in the name of Chérif Zouein, who was driving Mr. Mahjoubi) | 24.95 | |
| CCA Interpreter | Interpreter's fees (including interpretation services, equipment, airfare and ground transportation) | 11,298.78 | |
| TransLex | Document translation and interpreting by a Legal Translation Service in France | 18,391.46 | 17,664 |
| Trial Transcripts | Trial Transcripts by Court Reporter, Kellie M. Humiston | 498.05 | |
| **TOTAL** | | **$76,398.38** | |

---

[1]      The amounts in Euro represent costs initially paid in Euro, while the corresponding amounts in Dollars are based on the exchange rate as of December 25, 2024, using XE Currency Converter.

**Gaëlle Bonnet**
Avocate au Barreau de Paris

**Monsieur MAHJOUBI**

5 rue de Montmorency

75003 Paris

*Paris le 13 décembre 2024*

<u>Note d'honoraires n°00035</u>

Provision H.T ................................................................................. 3000, 00 €

Provision atteinte ........................................................................... 3000, 00 €

Honoraires H.T ............................................................................... 900, 00 €

**Honoraires T.T.C ........................................................................ 1080, 00 €**

*All payments made to the service provider in connection to the present invoice shall be made free of any withholding tax, corporate income tax, gross sale tax, complementary tax, excise tax, as well of any other tax, stamp duty, penalty, interest that shall be due under French legislation. Accordingly, all payments if any of such taxes, which shall be due in relation to the present invoice shall be the exclusive responsibility of the customer, so that the net receipt paid to the issuer of the present bill shall not be lower than the amount provided in the present invoice.*

| BANQUE : CIC - IBAN : FR 76 3006 6108 7700 0104 6470 790 – BIC : CMCIFRPP |
| --- |

*Conformément à la réglementation en vigueur, le règlement de la présente facture doit intervenir au plus tard 60 jours à compter de la date de celle-ci. A défaut de règlement de la facture à son échéance, des intérêts de retard seront dus et calculés sur la base d'un taux égal à 1,5 fois celui de l'intérêt légal à compter de la date d'échéance de la facture, sans qu'un rappel ne soit nécessaire. L'indemnité forfaitaire pour frais de recouvrement est fixée à 40 euros (articles L. 441-6 et D. 441-5 du Code de commerce).*

| Date | Descriptif | Durée (en minutes) |
|---|---|---|
| 04/11/2024 | *Emails organisation 1er RDV + 1er RDV de brief + analyse petition + analyse answers from client* | 85' |
| 05/11/2024 | *Rédaction legal opinion* | 300' |
| 06/11/2024 | *Rédaction legal opinion, email Bérénice, modifcation, email Richard's team* | 215' |
| 21/11/2024 | *Préparation RDV Richard MIN + RDV n°1 de simulation de trial* | 60' |
| 22/11/2024 | *Email Camilla* | 5' |
| 25/11/2024 | *Point sur le contrôle coercitif* | 20' |
| 2611/2024 | *Analyse « reflexions and observations about my life with Othmane » + NW family psychology report + deuxième RDV préparation* | 75' |
| 10/12/2024 | *Emails Camilla, test visio* | 20' |
| **Total** | | **13 heures** |

Gaëlle Bonnet

**Gaëlle Bonnet**
Avocate au Barreau de Paris

**Monsieur MAHJOUBI**

5 rue de Montmorency

75003 Paris

*Paris le 5 novembre 2024*

<u>Note d'honoraires Consultation juridique expertise droit français n°00027</u>

Honoraires H.T ............................................................................................. 3000, 00 €

**Honoraires T.T.C .................................................................................. 3600, 00 €**

*All payments made to the service provider in connection to the present invoice shall be made free of any withholding tax, corporate income tax, gross sale tax, complementary tax, excise tax, as well of any other tax, stamp duty, penalty, interest that shall be due under French legislation. Accordingly, all payments if any of such taxes, which shall be due in relation to the present invoice shall be the exclusive responsibility of the customer, so that the net receipt paid to the issuer of the present bill shall not be lower than the amount provided in the present invoice.*

| BANQUE : CIC - IBAN : FR 76 3006 6108 7700 0104 6470 790 – BIC : CMCIFRPP |
| --- |

*Conformément à la réglementation en vigueur, le règlement de la présente facture doit intervenir au plus tard 60 jours à compter de la date de celle-ci. A défaut de règlement de la facture à son échéance, des intérêts de retard seront dus et calculés sur la base d'un taux égal à 1,5 fois celui de l'intérêt légal à compter de la date d'échéance de la facture, sans qu'un rappel ne soit nécessaire. L'indemnité forfaitaire pour frais de recouvrement est fixée à 40 euros (articles L. 441-6 et D. 441-5 du Code de commerce).*

Gaëlle Bonnet

**PAUL STOLTZFUS, Psy.D.**

*Clinical and Consulting Psychology*

Mid-Valley
Counseling Center
2250 D Street, NE
Salem, OR 97301
503-364-6093 Office

December 24, 2024

Richard Min/Green Kaminer Min & Rockmore

INVOICE:     Mahjoubi, Othmane

Initial Retainer:       $6000 - Paid in Full   Nov 13, 2024  (Initial Retainer)
Additional Hours:    $2275 - Paid in Full   Nov 22, 2024  (report writing)
Additional Hours:    $2700 – Unpaid        (report revisions, audio/video reviews, pre-trial
interview)

Total Charges        $10,975.00

_____
Paul Stoltzfus, Psy.D.
Licensed Clinical Psychologist
OR. #1254 Exp. 04-30-25



## ALEXANDRE BOICHÉ
### & ASSOCIÉS

**Alexandre BOICHÉ**
Docteur en droit
Spécialiste en Droit de la famille,
des personnes et de leur patrimoine
Droit international et de
l'Union Européenne

**Bérénice DUFAU-RICHET**
Master II Droit comparé de la famille
Master II Droit européen comparé

**Hugues GASTON**
Master II Personne et famille
C.U. Pratique de l'arbitrage

Associés

**Kimberley ZAROUKIAN**
Master II Droit international et européen

**Lara JEANNERET**
Master II Droit privé général

**Claire LE CLECH**
Master II Droit international privé et du
commerce international

Avocates collaboratrices

Toque – B 1213

Mr Othmane MAHJOUBI
15 rue de Montmorency
75003 Paris

Paris, le 13 août, 2024

**AFFAIRE: MAHJOUBI**

Je vous prie de bien vouloir trouver ci-joint une facture
globale des diligentes de votre dossier.

Veuillez croire, Monsieur, en l'assurance de ma considération
distinguée.

Bérénice DUFAU-RICHET

P.J : Facture

SELARL INSCRITE AU RCS PARIS N°880 042 288
76 Bd Saint-Michel - 75006 PARIS France  – Tél : 33 (0) 1  85 53 99 85 – Fax : 33 (0) 1 85 53 99 86
contact@aboiche.com    http://www.aboiche.com

Membre d'une association agréée. Le règlement des honoraires par chèques est accepté
Intracommunautaire : FR 82 880 042 288

## FACTURE GLOBALE

**AFFAIRE : MAHJOUBI**

| | |
|---|---|
| Total Heures | 34:10 |
| Honoraires HT | 6 700,00 € |
| Frais HT | 0,00 € |
| Remises | 0,00 € |
| Provisions | 0,00 € |
| **TOTAL HT** | **6 700,00 €** |
| TVA à 20% | 1 340,00 € |
| Débours | 0,00 € |
| **TOTAL A REGLER** | **8 040,00 €** |

---

**BANQUE REFERENCES**
**SELARL MAITRE ALEXANDRE BOICHÉ**
Domiciliation: BPRIVES PARIS P.LIBERALE (00236)

| CODE BANQUE | CODE AGENCE | Nº DE COMPTE | CLÉ |
|---|---|---|---|
| 10207 | 00236 | 23210085564 | 45 |

IBAN : FR76 1020 7002 3623 2100 8556 445    BIC : CCBPFRPPMTG
56 boulevard Saint Michel, 75006 PARIS

Merci de préciser votre nom pour l'identification du règlement

---

### FACTURE PAYABLE A RÉCEPTION

Toute somme non payée dans les 30 jours sera augmentée du taux d'intérêt légal majoré de 7 points.

Les pénalités de retard sont exigibles sans aucun rappel soit nécessaire (Article L 441-6 du Code de commerce) et le débiteur devra également verser une indemnité forfaitaire de 40 euros au titre de la compensation des frais de recouvrement.

SELARL INSCRITE AU RCS PARIS Nº880 042 288
76 Bd Saint-Michel - 75006 PARIS France  – Tél : 33 (0) 1  85 53 99 85 – Fax : 33 (0) 1 85 53 99 86
contact@aboiche.com    http://www.aboiche.com

Membre d'une association agréée. Le règlement des honoraires par chèques est accepté
Intracommunautaire : FR 82 880 042 288

ANNEXE

| Date | Intervenant | Evénement | Notes | Travaillé | Facturé | Montant HT |
|---|---|---|---|---|---|---|
| 13/08/2024 | LJ | Email client | ███ | 00:10 | 00:10 | 40,00 € |
| 14/08/2024 | BDR | Email client | | 00:05 | 00:05 | 25,00 € |
| 14/08/2024 | BDR | Relecture | | 00:25 | 00:25 | 125,00 € |
| 14/08/2024 | BDR | Appel client | | 00:20 | 00:20 | 100,00 € |
| 14/08/2024 | LJ | Email client | ███ | 00:05 | 00:05 | 20,00 € |
| 14/08/2024 | LJ | Appel | ███ | 00:20 | 00:20 | – € |
| 14/08/2024 | LJ | Courrier | ███ | 00:45 | 00:45 | 180,00 € |
| 14/08/2024 | LJ | Traduction | ███ | 00:10 | 00:10 | 40,00 € |
| 14/08/2024 | LJ | Analyse de documents | ███ | 00:10 | 00:10 | 40,00 € |
| 14/08/2024 | LJ | Appel autorité centrale | ███ | 00:05 | 00:05 | – € |
| 16/08/2024 | LJ | Email autorité centrale | | 00:05 | 00:05 | 20,00 € |
| 16/08/2024 | BDR | Relecture assignation | | 00:10 | 00:10 | 50,00 € |
| 19/08/2024 | BDR | Appel client | | 01:00 | 01:00 | 300,00 € |
| 19/08/2024 | LJ | Rendez-vous client | ███ | 01:00 | 01:00 | – € |
| 19/08/2024 | BDR | Email | | 00:05 | 00:05 | 25,00 € |
| 19/08/2024 | LJ | Email | | 00:10 | 00:10 | 40,00 € |
| 21/08/2024 | LJ | Email adversaire | | 00:05 | 00:05 | 20,00 € |
| 22/08/2024 | LJ | Email autorité centrale | ███ | 00:05 | 00:05 | 20,00 € |
| 26/08/2024 | LJ | Email avocat étranger | | 00:05 | 00:05 | 20,00 € |
| 02/09/2024 | BDR | Email client | | 00:05 | 00:05 | 25,00 € |
| 03/09/2024 | LJ | Email client | | 00:10 | 00:10 | 40,00 € |
| 03/09/2024 | LJ | Visioconférence | ███ | 00:45 | 00:45 | 180,00 € |

SELARL INSCRITE AU RCS PARIS N°880 042 288

76 Bd Saint-Michel - 75006 PARIS France  – Tél : 33 (0) 1  85 53 99 85 – Fax : 33 (0) 1 85 53 99 86
contact@aboiche.com     http://www.aboiche.com

Membre d'une association agréée. Le règlement des honoraires par chèques est accepté
Intracommunautaire : FR 82 880 042 288

| Date | Init. | Description | | Durée | Durée | Montant |
|---|---|---|---|---|---|---|
| 03/09/2024 | BDR | Visioconférence | | 00:45 | 00:45 | 225,00 € |
| 03/09/2024 | LJ | Rédaction d'acte | ▉ | 03:00 | 03:00 | 720,00 € |
| 04/09/2024 | BDR | Email client | | 00:05 | 00:05 | 25,00 € |
| 04/09/2024 | LJ | Analyse de pièces | ▉ | 00:45 | 00:45 | 180,00 € |
| 04/09/2024 | LJ | Emails | ▉ | 00:10 | 00:10 | 40,00 € |
| 05/09/2024 | BDR | Relecture assignation | | 01:30 | 01:30 | 450,00 € |
| 05/09/2024 | BDR | Email autorité centrale | | 00:05 | 00:05 | 25,00 € |
| 06/09/2024 | BDR | Relecture assignation | | 00:20 | 00:20 | 100,00 € |
| 06/09/2024 | LJ | Email | ▉ | 00:10 | 00:10 | 40,00 € |
| 09/09/2024 | LJ | Courrier | ▉ | 01:15 | 01:15 | 300,00 € |
| 09/09/2024 | LJ | Traduction | | 00:10 | 00:10 | 40,00 € |
| 09/09/2024 | LJ | Message rpva | ▉ | 00:10 | 00:10 | 40,00 € |
| 09/09/2024 | LJ | Echange d'emails | ▉ | 00:10 | 00:10 | 40,00 € |
| 10/09/2024 | LJ | Email huissier | | 00:05 | 00:05 | 20,00 € |
| 10/09/2024 | LJ | Email | ▉ | 00:05 | 00:05 | 20,00 € |
| 10/09/2024 | LJ | Appel huissier | | 00:05 | 00:05 | 20,00 € |
| 10/09/2024 | LJ | Relecture note | ▉ | 00:10 | 00:10 | 40,00 € |
| 10/09/2024 | BDR | Relecture note | | 00:20 | 00:20 | 100,00 € |
| 10/09/2024 | LJ | Email avocat étranger | | 00:05 | 00:05 | 20,00 € |
| 11/09/2024 | LJ | Relecture | ▉ | 00:30 | 00:30 | – € |
| 11/09/2024 | BDR | Relecture | | 00:30 | 00:30 | 150,00 € |

SELARL INSCRITE AU RCS PARIS N°880 042 288

76 Bd Saint-Michel - 75006 PARIS France  – Tél : 33 (0) 1  85 53 99 85 – Fax : 33 (0) 1 85 53 99 86
contact@aboiche.com    http://www.aboiche.com

Membre d'une association agréée. Le règlement des honoraires par chèques est accepté
Intracommunautaire : FR 82 880 042 288

| Date | Init. | Description | | Temps | Temps | Montant |
|------|-------|-------------|---|-------|-------|---------|
| 12/09/2024 | BDR | Relecture | | 01:00 | 01:00 | 300,00 € |
| 12/09/2024 | BDR | Email client | | 00:05 | 00:05 | 25,00 € |
| 12/09/2024 | LJ | Rédaction note | ▉ | 00:30 | 00:30 | 120,00 € |
| 16/09/2024 | LJ | Email huissier | | 00:10 | 00:10 | 40,00 € |
| 16/09/2024 | LJ | Appel client | | 00:05 | 00:05 | 20,00 € |
| 16/09/2024 | LJ | Appel huissier | | 00:15 | 00:15 | 60,00 € |
| 16/09/2024 | BDR | Email client | | 00:05 | 00:05 | 25,00 € |
| 17/09/2024 | BDR | Email client | | 00:05 | 00:05 | 25,00 € |
| 19/09/2024 | LJ | Email | | 00:05 | 00:05 | 20,00 € |
| 23/09/2024 | LJ | Appel client | | 00:15 | 00:15 | 60,00 € |
| 23/09/2024 | LJ | Email client | | 00:05 | 00:05 | 20,00 € |
| 30/09/2024 | LJ | Email client | | 00:05 | 00:05 | 20,00 € |
| 30/09/2024 | LJ | Message rpva | | 00:05 | 00:05 | 20,00 € |
| 30/09/2024 | BDR | Email client | | 00:05 | 00:05 | 25,00 € |
| 01/10/2024 | LJ | Analyse de documents | ▉ | 00:10 | 00:10 | 40,00 € |
| 01/10/2024 | LJ | Appel client | | 00:20 | 00:20 | - € |
| 01/10/2024 | BDR | Appel client | | 00:20 | 00:20 | 100,00 € |
| 01/10/2024 | BDR | Email client | | 00:05 | 00:05 | 25,00 € |
| 01/10/2024 | LJ | Appel client | ▉ | 00:20 | 00:20 | - € |
| 01/10/2024 | BDR | Appel client | | 00:25 | 00:25 | 125,00 € |
| 04/10/2024 | AB | Relecture note | | 00:30 | 00:30 | 200,00 € |
| 04/10/2024 | BDR | Email client | | 00:05 | 00:05 | 25,00 € |
| 04/10/2024 | BDR | Affidavit | | 01:30 | 01:30 | 450,00 € |
| 04/10/2024 | LJ | Email client | | 00:05 | 00:05 | 20,00 € |
| 04/10/2024 | LJ | Courrier confrère | ▉ | 01:30 | 01:30 | - € |
| 04/10/2024 | LJ | Courrier | ▉ | 01:10 | 01:10 | 280,00 € |
| 07/10/2024 | BDR | Relecture | | 00:15 | 00:15 | 75,00 € |
| 07/10/2024 | LJ | Appel client | | 00:10 | 00:10 | 40,00 € |
| 07/10/2024 | LJ | Ajout pièces nouvelles pour conclusions et BCP | ▉ | 00:20 | 00:20 | 80,00 € |
| 09/10/2024 | BDR | Email client | | 00:05 | 00:05 | 25,00 € |

SELARL INSCRITE AU RCS PARIS N°880 042 288
76 Bd Saint-Michel - 75006 PARIS France  – Tél : 33 (0) 1 85 53 99 85 – Fax : 33 (0) 1 85 53 99 86
contact@aboiche.com     http://www.aboiche.com

Membre d'une association agréée. Le règlement des honoraires par chèques est accepté
Intracommunautaire : FR 82 880 042 288

| | | | | | | |
|---|---|---|---|---|---|---|
| 09/10/2024 | BDR | Email autorité centrale | | 00:05 | 00:05 | 25,00 € |
| 17/10/2024 | LJ | Appel client | | 00:10 | 00:10 | 40,00 € |
| 22/10/2024 | BDR | Email client | | 00:05 | 00:05 | 25,00 € |
| 24/10/2024 | LJ | Traduction | ███ | 00:10 | 00:10 | 40,00 € |
| 28/10/2024 | BDR | Email client | | 00:05 | 00:05 | 25,00 € |
| 30/10/2024 | BDR | Appel client | | 00:45 | 00:45 | 225,00 € |
| 30/10/2024 | LJ | Appel client | ███ | 00:30 | 00:30 | – € |
| 30/10/2024 | BDR | Appel client | | 00:20 | 00:20 | 100,00 € |
| 30/10/2024 | BDR | Appel client | | 00:10 | 00:10 | 50,00 € |
| | | | | | | 6 700,00 € |

SELARL INSCRITE AU RCS PARIS N°880 042 288
76 Bd Saint-Michel - 75006 PARIS France  – Tél : 33 (0) 1  85 53 99 85 – Fax : 33 (0) 1 85 53 99 86
contact@aboiche.com     http://www.aboiche.com

Membre d'une association agréée. Le règlement des honoraires par chèques est accepté
Intracommunautaire : FR 82 880 042 288

**ATTORNEY FEE/COST EXHIBIT**
**54380001 Mahjoubi, Othmane**

| Date | Initials | Description | Hourly Rate | Units | Total |
|------|----------|-------------|-------------|-------|-------|
| **Responsible: Dentinger, Tammy** | | | | | |
| 10/08/2024 | MZC | MULTIPLE TELEPHONE CALLS WITH PROCESS SERVER, WHO IS CURRENTLY AT ADVERSE PARTY'S DONALD, OREGON RESIDENCE AND WILL CONTINUE TO SURVEIL HER WHILE WAITING ON INSTRUCTIONS ON WHETHER TO APPROACH AND ATTEMPT SERVICE.  CONFERENCE WITH ATTORNEY REGARDING SAME.  DRAFT EMAILS TO ATTORNEY WITH UPDATES AND STATUS OF SERVICE THROUGHOUT MORNING.  REVIEW CLIENT DISCOVERY FILE AND NOTES TO FILE REGARDING NAMES OF ADVERSE PARTY'S PARENT'S WHO MOVED TO OREGON AND MAY HAVE INFORMATION IN SEARCH THROUGH DMV RECORDS REQUEST LINE.  ADDITIONAL TELEPHONE CALLS TO PROCESS SERVER AND DRAFT EMAIL TO ATTORNEY REGARDING SAME.  TELEPHONE CALL WITH PRIVATE INVESTIGATOR, TIMOTHY NEWELL, WHO REPORTED THAT HE SERVED ADVERSE PARTY TODAY (10/8/24) AT 10:16 A.M.  DISCUSSION REGARDING PROOFS/AFFIDAVITS OF SERVICE.  NOTES TO FILE.  DRAFT EMAIL TO AND CONFERENCE WITH ATTORNEY REGARDING SERVICE AND INSTRUCTIONS FOR NEXT STEPS.  TICKLE FILE FOR FOLLOW UP. ADDITIONAL INSTRUCTIONS FOR SERVICE OF ADDITIONAL CASE SCHEDULING ORDER AND INSTRUCTIONS FOR REMOTE APPEARANCE THAT NEED TO BE SERVED ON ADVERSE PARTY ASAP.  TELEPHONE CALL WITH TIM NEWELL REGARDING SAME.  DRAFT TRANSMITTAL MEMORANDUM WITH INSTRUCTIONS FOR SERVICE AND PREPARE COPIES OF ORDER AND | $135.00 | 2.50 | $337.50 |

| Date | Initials | Description | Rate | Hours | Amount |
|---|---|---|---|---|---|
| 10/08/2024 | JLT | REVIEW DOCKET AND EMAIL FROM US COURTS - RESET APPEARANCE TO 10/22 @ 11A. NOTES TO FILE. | $165.00 | 0.20 | $33.00 |
| 10/08/2024 | TMD | COMMUNICATION WITH CLIENT, FEDERAL ATTORNEY, AND PROCESS SERVER REGARDING ████████ ████████ CASE PREPARATION. | $425.00 | 0.40 | $170.00 |
| 10/09/2024 | MZC | CONFERENCE WITH PROCESS SERVER RE: NEEDS TO SIGN PROOFS/AFFIDAVIT OF SERVICE FOR YESTERDAYS SERVICE(S). CONFERENCE WITH ATTORNEY REGARDING SAME. PREPARE DRAFT DECLARATION OF SERVICE TO ACCOMPANY PROOF OF SERVICE IN DISTRICT COURT CASE, AND DECLARATION OF SERVICE TO ACCOMPANY CERTIFICATE RE: SERVICE IN FRENCH DIVORCE CASE AND FORWARD DRAFTS TO ATTORNEY FOR REVIEW. DRAFT EMAIL TO PROCESS SERVER FORWARDING SAME AND REQUESTING ORIGINAL SIGNATURES. TICKLE FILE FOR FOLLOW UP. MEETING WITH PROCESS SERVER, WHO SIGNED ORIGINAL PROOFS/CERTIFICATIONS OF SERVICE. CODE TO FILE AND FORWARD TO ATTORNEY. ALSO CODE INVOICE FOR SERVICE PROCESS ($300 AND FORWARD TO BOOKKEEPING FOR PAYMENT. UPDATE CASE DOCKET. | $135.00 | 2.50 | $337.50 |
| 10/10/2024 | | NEWELL & ASSOC/TIMOTHY P NEWELL | $300.00 | 1.00 | $300.00 |
| 10/10/2024 | ATP | FILE PROOF OF SERVICE OF COMPLAINT AND OTHER THINGS AND DECLARATION OF SERVICER. | $135.00 | 0.30 | $40.50 |
| 10/10/2024 | MZC | UPDATE CASE DOCKET/TICKLE FILE FOR FOLLOW UP. | $135.00 | 0.20 | $27.00 |
| 10/16/2024 | MZC | CALENDAR ASSOCIATE ATTORNEY APPEARANCE FOR UPCOMING FEDERAL HEARING SCHEDULED ON 10/22/24 WITH LINK FOR ACCESSING REMOTELY. DRAFT EMAIL TO ATTORNEY REGARDING SAME. | $135.00 | 0.20 | $27.00 |

| Date | Atty | Description | Rate | Hours | Amount |
|---|---|---|---|---|---|
| 10/23/2024 | MZC | CODE 10/22/24 NOTICE OF APPEARANCE OF COUNSEL FOR RESPONDENT IN DISTRICT COURT CASE. CODE SHOW CAUSE HEARING AND TRIAL PREPARATION NOTES TO CLIENT FILE. | $135.00 | 0.40 | $54.00 |
| 10/21/2024 | TMD | TEAM MEETING IN PREPARATION FOR TOMORROW'S FEDERAL COURT APPEARANCE. | $425.00 | 0.60 | $255.00 |
| 10/21/2024 | TMD | TELEPHONE CALL WITH KATHY ROOT REGARDING POSSIBLE EXPERT WITNESSES. | $425.00 | 0.40 | $170.00 |
| 10/22/2024 | TMD | TELEPHONE CALL WITH COUNSEL WITH UPDATE FROM TODAY'S HEARING WITH JUDGE AIKEN. DISCUSS NEXT STEPS. IDENTIFY HOW BEST TO MOVE FORWARD. LEAVE MESSAGE FOR PROSPECTIVE EXPERT WITNESS. CASE PREPARATION. | $425.00 | 0.40 | $170.00 |
| 10/22/2024 | TMD | TELEPHONE CALL WITH DR. POPPLETON REGARDING POSSIBLE WORK AS EXPERT WITNESS IN THIS MATTER. HE HAS A CONFLICT AND WILL NOT BE ABLE TO HELP US. UPDATE TRIAL TEAM. | $425.00 | 0.30 | $127.50 |
| 10/23/2024 | TMD | TELEPHONE CALL WITH CUSTODY EVALUATOR BONNEVIER TO GET HER THOUGHTS ON POSSIBLE EXPERT FOR FEDERAL CASE. IDENTIFY POSSIBLE EXPERTS. EMAIL EXPERTS REGARDING WILLINGNESS AND AVAILABILITY. | $425.00 | 0.80 | $340.00 |
| 10/28/2024 | CMH | DOCKET 10/31/2024 STATUS CHECK HEARING WITH JUDGE AIKEN. | $135.00 | 0.20 | $27.00 |
| 10/29/2024 | MZC | RECEIPT OF 10/29/24 ANSWER AND AFFIRMATIVE DEFENSE FILED BY ADVERSE ATTORNEY IN DISTRICT COURT CASE. CODE TO FILE. | $135.00 | 0.20 | $27.00 |
| 10/30/2024 | MZC | CODE RESPONDENT'S INITIAL EXPERT DISCLOSURES DATED AND 10/29/24 AND RESPONDENT'S EXPERT DISCLOSURE DOCUMENTS TO POPPLETON TO CASE FILE. | $135.00 | 0.20 | $27.00 |

| Date | Initials | Description | Rate | Hours | Amount |
|---|---|---|---|---|---|
| 10/31/2024 | MZC | RECEIPT OF MOTION FOR APPOINTMENT OF GUARDIAN AD LITEM AND MEMORANDUM IN SUPPORT OF MOTION FILED BY ADVERSE ATTORNEY 10/30/24. CODE TO FILE.    UPDATE CASE DOCKET.  TICKLE FILE FOR FOLLOW UP.   DOCUMENT.  CODE TO FILE. RECEIPT OF ACCEPTANCE OF FILING FOR SAME.  CODE TO FILE.  UPDATE CASE DOCKET.  TICKLE FILE FOR FOLLOW UP. | $135.00 | 1.00 | $135.00 |
| 10/24/2024 | TMD | SCHEDULE TELEPHONE CONFERENCE WITH POTENTIAL EXPERT (TOBIAS RYAN). TELEPHONE CONFERENCE WITH HAGUE COUNSEL AND DR. RYAN REGARDING POSSIBLE WORK ON THE CASE. ANSWER QUESTIONS AND PROVIDE INFORMATION. HE IS WILLING TO WORK WITH US. IDENTIFY THAT HAGUE COUNSEL WILL TAKE THE LEAD IN ALL INTERACTIONS. | $425.00 | 1.00 | $425.00 |
| 10/25/2024 | TMD | TEAM MEETING REGARDING ███████ DICTATE STIPULATED ORDER FOR STAY IN OREGON CASE. DICTATE COVER LETTER TO ADVERSE ATTORNEY. CASE PREPARATION. | $425.00 | 0.60 | $255.00 |
| 10/29/2024 | TMD | BRIEF REVIEW OF ADVERSE ATTORNEY'S RESPONSE TO HAGUE PETITION. | $425.00 | 0.50 | $212.50 |
| 10/30/2024 | TMD | REVIEW OF ADVERSE ATTORNEY'S EXPERT DISCLOSURES. TEAM MEETING ████████████ ████████████████████ ██████████ | $425.00 | 1.00 | $425.00 |
| 10/31/2024 | TMD | TELEPHONE STATUS CONFERENCE WITH COURT TO DISCUSS TRIAL DATES AND DISCOVERY SCHEDULING. | $425.00 | 0.60 | $255.00 |
| 11/01/2024 | MZC | UPDATE CASE DOCKET/TICKLE FILE FOR FOLLOW UP. | $135.00 | 0.20 | $27.00 |
| 11/01/2024 | MMP | BEGAN RESEARCH ON ABILITY TO RECORD ZOOM CONVERSATION WITH CHILDREN AT STATE AND FEDERAL LEVEL. | $245.00 | 0.70 | $171.50 |
| 11/04/2024 | CMH | REVIEW, PROOF, AND FINALIZE OPPOSITION TO MOTION FOR GAL. | $135.00 | 0.40 | $54.00 |

| Date | Initials | Description | Rate | Hours | Amount |
|---|---|---|---|---|---|
| 11/04/2024 | CMH | SUBMIT TO COURT PETITIONER'S OPPOSITION TO RESPONDENT'S MOTION TO APPOINT GAL. | $135.00 | 0.20 | $27.00 |
| 11/04/2024 | CMH | EMAIL COMMUNICATION TO COUNSEL RE PETITIONER'S OPPOSITION TO RESPONDENT'S MOTION TO APPOINT GAL. | $135.00 | 0.20 | $27.00 |
| 11/01/2024 | TMD | REVIEW RESPONSE TO MOTION FOR GUARDIAN AD LITEM. | $425.00 | 0.30 | $127.50 |
| 11/06/2024 | MMP | CONTINUED RESEARCH RE LEGALITY OF RECORDING ZOOM CALLS. | $245.00 | 1.50 | $367.50 |
| 11/11/2024 | MZC | RECEIPT OF RESPONDENT'S INITIAL DISCLOSURES PURSUANT TO PRCP 26(A)(1) DATED 11/8/24 TO CASE FILE.  ALSO DOWNLOAD/CODE SHAREFILE COPY OF 11/6/24 LETTER FROM DR. POPPLETON AND SAVE TO CLIENT FILE. | $135.00 | 0.20 | $27.00 |
| 11/11/2024 | JLT | REVIEW DR POPPLETON'S REPORT LETTER.  NOTES TO FILE. | $165.00 | 0.20 | $33.00 |
| 11/13/2024 | JLT | REVIEW NOVEMBER 6TH (HARD COPY) REQUEST FOR PRODUCTION RECEIVED USPS - CODE TO CASE FILE AND FORWARD TO TAMMY WITH REQUEST FOR CONFIRMATION THAT SHE WAS PROPERLY SERVED ON 11/6 PER THE CERTIFICATE OF SERVICE.  TICKLE DUE DATE. | $165.00 | 0.20 | $33.00 |
| 11/15/2024 | MZC | RECEIPT OF EMAIL FROM ADVERSE ATTORNEY WITH LINK TO RESPONDENT'S RESPONSE AND DISCOVERY. DOWNLOAD/CODE TO CASE FILE AND FORWARD TO ATTORNEY AND PARALEGAL FOR REVIEW. | $135.00 | 0.40 | $54.00 |
| 11/14/2024 | TMD | REVIEW DRAFT RESPONSE TO REQUEST FOR PRODUCTION PREPARED BY HAGUE COUNSEL. | $425.00 | 0.50 | $212.50 |
| 11/04/2024 | TMD | REVIEW EMAIL FROM RICHARD ████████ ███████████████████████████ ███████████ | $425.00 | 0.30 | $127.50 |
| 11/06/2024 | TMD | TELEPHONE CONFERENCE WITH FEDERAL COUNSEL AND PROSPECTIVE EXPERT REGARDING AVAILABILITY TO PERFORM EVALUATION. | $425.00 | 0.40 | $170.00 |

| | | | | | |
|---|---|---|---|---|---|
| 11/22/2024 | JLT | TRIAL PREPARATION MEETING WITH TAMMY - CO-COUNSEL NEEDS OUR OFFICE'S ASSISTANCE IN PREPARING THE HARD COPIES OF THE WITNESS LIST, EXHIBIT LIST AND EXHIBITS FOR THE 12/12 - 12/14 TRIAL.  EMAILS FROM AND TO GKMRLAW (CAMILLA) REGARDING SAME.  REVIEW PRELIMINARY EXHIBIT AND WITNESS LIST.  DRAFT EMAIL TO CAMILLA REQUESTING PERMISSION TO ACCESS EXHIBIT LINK.  RECEIPT OF ACCESS LINK TO EXHIBIT LIST.  DOWNLOAD ALL TO CLIENT CASE FILE.  ADDITIONAL EMAILS TO AND FROM CAMILLA REGARDING FINAL EXHIBITS AND THEIR PRESENTATION TO THE COURT. | $165.00 | 1.40 | $231.00 |
| 11/25/2024 | MMP | CREATING EXHIBIT BINDERS. | $245.00 | 1.10 | $269.50 |
| 11/25/2024 | JLT | REVIEW COMPLETE FINAL REPORT FROM DR STOLTZFUS.  EMAILS FROM AND TO ATTORNEY MIN'S OFFICE.  DOWNLOAD EXHIBIT LIST, WITNESS LIST AND EXHIBIT (51).  PREPARE EXHIBIT NOTEBOOKS IN HARD COPY X 5. | $165.00 | 5.80 | $957.00 |
| 11/25/2024 | TMD | TELEPHONE CONFERENCE WITH THE COURT REGARDING DISCOVERY ISSUES AND HEARING PREPARATION. COURT RELIEVED ME FROM FURTHER APPEARANCES BUT ORDERED THAT I BE AVAILABLE TO CONSULT SHOULD NEW YORK COUNSEL NEED MY ASSISTANCE. COMMUNICATION IN TEAM MEETING. | $425.00 | 1.00 | $425.00 |
| 11/26/2024 | JLT | FINAL TRIAL PREPARATIONS.  EMAILS FROM AND TO CO-COUNSEL'S OFFICE REGARDING FINAL EXHIBITS, EXHIBIT LIST AND WITNESS LIST THROUGHOUT MORNING AND EARLY AFTERNOON.  NOTES TO FILE. | $165.00 | 1.80 | $297.00 |

| Date | Initials | Description | Rate | Hours | Amount |
|---|---|---|---|---|---|
| 11/26/2024 | MMP | PREPARED EXHIBITS TO BE TRANSMITTED TO COURT. CALLED DISTRICT COURT EUGENE OFFICE TO INQUIRE AS TO WHERE EXHIBITS MUST BE DROPPED OFF. TRANSMITTED INFORMATION TO TMD'S TEAM. | $245.00 | 0.20 | $49.00 |
| 11/26/2024 | MMP | DELIVERED EXHIBITS TO DISTRICT COURT EUGENE DIVISION. | $245.00 | 2.70 | $661.50 |
| 11/27/2024 | MZC | CODE RESPONDENT'S RESPONSE TO PETITIONER'S FIRST SET OF INTERROGATORIES TO RESPONDENT DATED 11/21/24 TO CASE FILE. | $135.00 | 0.20 | $27.00 |
| 11/26/2024 | MMP | STAFF & ASSOCIATE MILEAGE FOR TRAVEL | $0.67 | 124.00 | $83.08 |
| 12/06/2024 | MZC | CODE RESPONDENT'S RESPONSE TO PETITIONER'S MOTION IN LIMINE TO EXCLUDE THE TESTIMONY OF DR JEFFREY EDELSON DATED 12/5/24 TO CASE FILE. | $135.00 | 0.20 | $27.00 |
| 12/10/2024 | JLT | EMAILS FROM AND TO CO-COUNSEL REGARDING ████████ - THEY ARE ARRIVING IN OREGON TONIGHT.  MAC WILL BE DELIVERING ONCE FURTHER DETAILS ARE PROVIDED. NOTES TO FILE. | $165.00 | 0.40 | $66.00 |
| 12/10/2024 | MMP | COORDINATING WITH COUNSEL REGARDING DROPPING EXHIBITS OFF AT EUGENE COURTHOUSE. CALLED COURTHOUSE TO CONFIRM ABILITY TO DROP OFF EXHIBITS. | $245.00 | 0.20 | $49.00 |
| 12/10/2024 | MMP | PACKED UP EXHIBIT BINDERS INTO BOXES. DROVE TO EUGENE DISTRICT COURTHOUSE AND DROPPED OFF EXHIBITS. | $245.00 | 3.00 | $735.00 |
| 12/10/2024 | MMP | STAFF & ASSOCIATE MILEAGE FOR TRAVEL. TAKING EXHIBITS TO EUGENE DISTRICT COURT. | $0.67 | 124.00 | $83.08 |
| 12/11/2024 | JLT | RECEIPT/REVIEW OF LINK TO DHS RECORDS FROM BUCKLEY LAW (ADDITIONAL REPORT).  DOWNLOAD AND CODE TO CLIENT CASE FILE.  DRAFT EMAIL TO TAMMY FORWARDING LINK FOR REVIEW.  . | $165.00 | 0.40 | $66.00 |

| 12/10/2024 | MZC | CODE COPY OF RESPONDENT'S ADDITIONAL DISCOVERY PRODUCTION ███████████ ███████████ ███████ | $135.00 | 0.20 | $27.00 |
| 12/06/2024 | TMD | RECEIVE EMAIL REGARDING ██████████ ██████████ | $425.00 | 0.20 | $85.00 |
| 12/09/2024 | TMD | RECEIVE MESSAGE FROM CLIENT ████████ ███████████ ██████████ ██████ | $425.00 | 0.20 | $85.00 |
| 12/12/2024 | TMD | RECEIVE NOTICE OF SETTLEMENT. DICTATE STIPULATED GENERAL OF DISMISSAL OF OREGON LEGAL SEPARATION PROCEEDING. | $425.00 | 0.50 | $212.50 |

|  |  |  | **Responsible: Dentinger, Tammy** | 289.60 |  |
|  |  |  | **Subtotal Fees:** | 289.60 | $10,193.16 |

**Grand Total:**



**LEROI & ASSOCIÉS**
COMMISSAIRES DE JUSTICE
PARIS · NANTERRE · LA DEFENSE

Philippe **WALD**
Fabrice **REYNAUD**
Arnaud **AYACHE**
Fabien **TOMMASONE**
Marie **CASES**
Marine **HERPHELIN**
Zita **CHARLES**

**Commissaires de Justice**
Compétence Île de France

Tél : 01.41.37.65.30
contact@huissierweb.com

leroi-associes.com

Office près la Cour d'appel
de **Versailles**

12 av. du gal Gallieni – BP215
92002 **NANTERRE** CX LA DEFENSE
(départements 78 – 92 -95 -28)

Office près la Cour d'appel
de **Paris**

6 place Tristan Bernard
75017 **PARIS**
(départements 75-77-91-93-94-89)

Siret : 900 021 254 00017
TVA : FR01900021254

Horaires des 2 offices : 9h-17h
lundi au vendredi (constats 24/24 7/7)

IBAN : FR76 3000 4021 6300 0102 1805 670
BIC : BNPAFRPPXXX

SARL LEROI & ASSOCIES
Société de Commissaires de Justice


delivract.
Etude membre du réseau

**M. Othmane
MAHJOUBI**
15 rue de Montmorency
75003 PARIS

NANTERRE, le 27/09/2024

AFFAIRE : MAHJOUBI Othmane/ROPER Danielle, Kath - VP/MCS
VOS RÉFÉRENCES    : AFF MAHJOUBI -
RÉFÉRENCES ÉTUDE    : 355281 - VP
FACTURE : 24.09.14340

Monsieur

Conformément à la demande de SELARL BOICHÉ, j'ai signifié un(e)
TRANSMISSION ACTE ETRANGER ENTITE REQUISE HORS UE .

Le détail de ce qui m'est dû est indiqué ci-après, TVA à 20% incluse

| Libellé | TVA | NS | HT | Débit | Crédit |
|---|---|---|---|---|---|
| Honoraire acte étranger | 24,00 | 0,00 | 120,00 | 144,00 | |
| Envoi copie à destinataire étranger art.686 CPC | | 7,00 | 0,00 | 7,00 | |
| 11 sept 2024 TRANSMISSION ACTE ETRANGER ENTITE REQUISE HORS UE | 16,07 | 14,20 | 80,34 | 110,61 | |
| Provisions Virement LYDIA SOLUTION BNP 110924 | | | | | 370,00 |
| Débours ABC LEGAL 95 $ sg 175 cb ft 355281 (R) | | 86,25 | 0,00 | 86,25 | |
| Débours 95 $ (Nouvelle adresse) 355281 sg 179 (R) | | 85,80 | 0,00 | 85,80 | |
| Frais virements banvaires 3,323 *2 | | 6,64 | 0,00 | 6,64 | |
| Total TVA 40,07 | | | | | |
| Solde | | | | 70,30 | |

**Le décompte laisse apparaître un solde de 70,30  Euros dont règlement à
vos bons soins.**

Dont règlement à vos bons soins.

Recevez, Madame, Monsieur, l'assurance de mes salutations distinguées.

Marie CASES

**Dossier  355281 - VP**

« Loi n°92-442 du 31 décembre 1992 : La présente facture est payable Comptant. Toute somme
non payée dans les 30 Jours est susceptible de porter intérêts à un taux égal à une fois et demi

HUISSIERS DE JUSTICE COMPETENTS SUR L'ENSEMBLE DE L'ÎLE DE FRANCE – CONSTATS FRANCE ENTIERE

Les données personnelles recueillies sont traitées et enregistrées par l'étude, responsable de traitement, pour les finalités suivantes : prise de rendez-vous, gestion interne, gestion de la relation, sécurité et prévention des impayés et de la fraude, recouvrement, lutte contre le blanchiment d'argent et le financement du terrorisme, réponse aux obligations légales et réglementaires. Outre les cas légaux, l'étude ne communique pas à des tiers les données personnelles fournies, ces données personnelles sont conservées pendant 5 ans à la clôture du dossier traité. Vous pouvez faire valoir vos droits d'accès, de rectification, d'opposition, d'effacement des données qui vous concernent, de limitation du traitement, ainsi que votre droit à la portabilité de vos données, en écrivant par email ou par courrier postal à l'adresse suivante : contact@huissierweb.com et BP215-92002 Nanterre cedex.



Philippe **WALD**

Fabrice **REYNAUD**

Arnaud **AYACHE**

Fabien **TOMMASONE**

Marie **CASES**

Marine **HERPHELIN**

Zita **CHARLES**

**Commissaires de Justice**

Compétence **Île de France**

Tél : 01.41.37.65.30

contact@huissierweb.com

leroi-associes.com

Office près la Cour d'appel de **Versailles**

12 av. du gal Gallieni − BP215
92002 **NANTERRE** CX LA DEFENSE
(départements 78 − 92 -95 -28)

Office près la Cour d'appel de **Paris**

6 place Tristan Bernard
75017 **PARIS**
(départements 75-77-91-93-94-89)

Siret : 900 021 254 00017
TVA : FR01900021254

Horaires des 2 offices : 9h-17h
lundi au vendredi (constats 24/24 7/7)

IBAN : FR76 3000 4021 6300 0102 1805 670
BIC : BNPAFRPPXXX

SARL LEROI & ASSOCIES
Société de Commissaires de Justice

*le taux de l'intérêt légal.*
*Article L441-6 du code de commerce : une indemnité forfaitaire de 40€ sera facturée au-delà de ce délai pour frais de recouvrement »*


Etude membre du réseau

**Dossier  355281 - VP**

HUISSIERS DE JUSTICE COMPETENTS SUR L'ENSEMBLE DE L'ÎLE DE FRANCE - CONSTATS FRANCE ENTIERE

Les données personnelles recueillies sont traitées et enregistrées par l'étude, responsable de traitement, pour les finalités suivantes : prise de rendez-vous, gestion interne, gestion de la relation, sécurité et prévention des impayés et de la fraude, recouvrement, lutte contre le blanchiment d'argent et le financement du terrorisme, réponse aux obligations légales et réglementaires. Outre les cas légaux, l'étude ne communique pas à des tiers les données personnelles fournies, ces données personnelles sont conservées pendant 5 ans à la clôture du dossier traité. Vous pouvez faire valoir vos droits d'accès, de rectification, d'opposition, d'effacement des données qui vous concernent, de limitation du traitement, ainsi que votre droit à la portabilité de vos données, en écrivant par email ou par courrier postal à l'adresse suivante : contact@huissierweb.com et BP215-92002 Nanterre cedex.

AMERICAN EXPRESS **TRAVEL**                                                INVOICE

Generated: Tue, 03 December 2024 13:28:59

# Invoice

**American Express Travel Record Locator** UDCZGG

Platinum Travel Service
2401 W. Behrend Dr Ste.55 M/C 08-03-69
Phoenix Arizona 85027
Toll Free 1-800-443-7672

## Invoice Information

| | |
|---|---|
| Ticket Date | 03/12/2024 |
| Invoice | 687058 |
| Customer Number | 0000310056 |

## Invoice Passenger Name(s)     MAHJOUBI/OTHMANE

Your invoice contains ticketed airline information. Please see your itinerary for full trip details.

**Payment Detail**                                **Invoice Total**          **USD2108.31**

                                                  Charge by Airline              2108.31

**Flight Information**                            **Charges**

| | | | |
|---|---|---|---|
| Ticket Number | 016-7163909791 | Ticket Base Fare | 1677.00 |
| Passenger Name | MAHJOUBI/OTHMANE | Gov't Taxes/Airline Imposed Fees | 431.31 |
| Airline | UNITED AIRLINES INC. | | |
| | | **Total Ticket Amount** | **2108.31** |

| | |
|---|---|
| Flight Details | 11 Dec 2024 UA984 T Class |
| | Paris-De Gaulle/San Francisco |
| Flight Details | 11 Dec 2024 UA5664 T Class |
| | San Francisco/Eugene |
| Flight Details | 18 Dec 2024 UA2259 M Class |
| | Eugene/San Francisco |
| Flight Details | 18 Dec 2024 UA990 M Class |
| | San Francisco/Paris-De Gaulle |

**Credit Card Information**

| | | | |
|---|---|---|---|
| Charged to Card | AX XXXXXXXXXX5001 | Amount | USD 2108.31 |



## Terms and Conditions

All products and services included in this itinerary are subject to the terms and conditions of American Express, as defined herein, and the Suppliers, as defined in the Important Travel Notices, Terms and Conditions, which are incorporated herein and form part of these itinerary terms and conditions, including, without limitation, the Ticket Terms and Conditions and Other Important Notices referenced therein, (collectively, "Terms"). No employee, representative, or agent of American Express Company, its subsidiaries and affiliates, including, without limitation, American Express Travel Related Services Company, Inc., (collectively, "American Express", "we", "our", "us") has authority to modify these Terms.

Your reservation/purchase may be non-refundable and non-cancellable. Any cancellation or change, if permitted, is subject to the policies of the Suppliers that you selected. At the time of reservation/purchase, your credit/charge card may be charged the total cost of the Supplier products and services that you selected, including government-imposed taxes and fees and certain Supplier-imposed fees (but excluding any mandatory hotel-imposed charges that may be applicable upon check out from the hotel). You may see separate charges on your credit/charge card statement (from American Express and from the Suppliers you selected). If applicable, certain mandatory hotel-imposed charges are payable to the property upon check-out (e.g., mandatory resort fees); any incidental charges that you make during your stay will be charged to you by the property upon check-out, including but not limited to parking, phone calls, internet access, and room service. Subject to hotel cancellation policies, if you want to modify your hotel reservation, your existing reservation may need to be cancelled and a new reservation made. Some Suppliers have age requirements/restrictions; please check with the Supplier for more information. Your reservation/purchase includes the products/services that you selected; therefore, if baggage, seat-selection, or similar ancillary items were not included in those products/services, additional Supplier fees may apply. If you purchased a flight, your flight is not confirmed until ticketed. Once ticketed, the name on the ticket cannot be changed and tickets are non-transferable. If permitted, changes to your reservation/purchase are subject to the policies of the Supplier that you selected. If permitted, and you choose to change your reservation/purchase, you may incur a change fee, and any difference in the fare attributable to the change. If your reservation/purchase is with multiple Suppliers, and if cancellation is permitted by one Supplier and not the other, you will not be refunded for the portion of your trip for which cancellations are not permitted and you will be required to cancel your entire trip. If cancellation is permitted, you may incur a cancellation fee. The amount of the cancellation fee will depend on the policies of the Supplier that you selected. Upon receipt, you are responsible for promptly reviewing your reservation/purchase confirmation/itinerary for accuracy and immediately notifying us of any errors.

You acknowledge that you are responsible for knowing and complying with all government-imposed and Supplier-imposed travel policies, requirements, and restrictions, as well as any changes thereto, including without limitation visa and other international entry requirements. As these policies, requirements, and restrictions are constantly changing, please check Suppliers' websites and relevant government websites for your destinations of travel, prior to any scheduled deadlines and your dates of travel, including without limitation https://travel.state.gov/content/travel/en/international-travel.html, www.cdc.gov, www.tsa.gov, www.dot.gov, and www.faa.gov. We are not responsible for informing you of such policies, requirements, or restrictions, or any changes thereto, and are not liable for your non-compliance therewith.

The following terms and conditions may be applicable to your reservation and are incorporated herein and form part of these Terms, as applicable:

Fine Hotels + Resorts®
The Hotel Collection
International Airline Program
Cruise Privileges Program
Platinum Destination Vacations
Membership Rewards® Pay with Points

American Express Travel Related Services Company, Inc. is acting solely as a sales agent for travel suppliers and is not responsible for the actions or inactions of such suppliers. Certain suppliers pay us commission and other incentives for reaching sales targets or other goals and may provide incentives to our Travel Consultants. For more information visit americanexpress.com/travelterms.
California CST#1022318 and Washington UBI#600-469-694

California: Upon cancellation of the transportation or travel services, where the passenger is not at fault and has not cancelled in violation of any terms and conditions previously clearly and conspicuously disclosed and agreed to by the passenger, all sums paid to the seller of travel for services not provided will be promptly reimbursed to the passenger unless the passenger otherwise advises the seller of travel in writing, after cancellation. This provision does not apply where the seller of travel has remitted the payment from customer to another registered wholesale seller of travel or a carrier, without obtaining a refund and such other provider fails to provide the agreed-upon transportation or service. In this situation, the initial seller of travel must provide the passenger with a written statement accompanied by bank records establishing the disbursement of the customer payment, and if disbursed to a registered wholesaler of travel, proof of current registration of that wholesaler.

California law requires certain sellers of travel to have a trust account or bond. American Express has a bond issued by Travelers Casualty and Surety Company of Connecticut in the amount of $100,000. American Express is not a participant in the California Travel Consumer Restitution Fund.

Washington State: If transportation or other services are canceled by the seller of travel, all sums paid to the seller of travel for services not performed in accordance with the contract between the seller of travel and the purchaser will be refunded within 30 days of receiving the funds from the vendor with whom the services were arranged, or if the funds were not sent to the vendor, the funds shall be returned within 14 days after cancellation by the seller of travel to the purchaser unless the purchaser requests the seller of travel to apply the money to another travel product and/or date.



 Gmail

**Chérif Zouein <c.zouein@gmail.com>**

---

## Hertz Receipt
1 message

---

**Hertz** <HertzNoReply@rentals.hertz.com>           Mon, Dec 16, 2024 at 12:47 PM
Reply-To: NoReply <HertzNoReply@rentals.hertz.com>
To: c.zouein@gmail.com

Here's Your Hertz Rental Car Receipt.          VIEW ONLINE



We're here to get you there.



## Your Receipt

### VIEW RECEIPT

| | # | 01 RN | **RR** | | | | **546858712** |
|---|---|---|---|---|---|---|---|
| | | RES | | | | | L07128023D0 |

**CHERIF ZOUEIN**

**INITIAL CHARGES**

| | | | | | | | |
|---|---|---|---|---|---|---|---|
| RENT RT | $ | 24 00/ DAY | @ | | 3/ DAYS | $ | 72 00 |
| VEHICLE UPGRADE | | | $ | 10/ DY | 7 50/ HR | $ | 30 00 |
| **SUBTOTAL** | | | | | | T $ | **102.00** |

**CHARGES ADDED DURING RENTAL**

| | |
|---|---|
| LDW | DECLINED |
| LIS | DECLINED |
| PAI, PEC | DECLINED |
| PREM RD SVC | DECLINED |

\* ADDITIONAL CHARGES

### SERVICE CHARGES/TAXES

| | | | | | |
|---|---|---|---|---|---|
| VEHICLE LICENSE COST RECOVERY | | | | T $ | 4.80 |
| TAX | 12.000% | ON TAXABLE TTL OF $ | 106.80 | $ | 12.82 |

### TOTAL AMOUNT DUE $ **119.62**

| | | |
|---|---|---|
| CHARGED ON | AMX | XXXXXXXXXX5001 |

**Gold Plus Rewards Points Earned This Rental:** **153**

**FOR EXPLANATION OF THE ABOVE CHARGES,**
**PLEASE ASK A REPRESENTATIVE OR GO TO**
**WWW.HERTZ.COM/CHARGEEXPLAINED**

| | |
|---|---|
| VEHICLE: | 01798/161210024SIR ROGUE 1.5 N |
| LICENSE: | MA5YDJ29 |
| FUEL: | 100% OUT100% IN |
| MILEAGE IN: 33534 | TR-X MILES: |
| MILEAGE OUT: 32867 | MILES ALLOWED: |
| MILES DRIVEN: 667 | MILES CHARGED: |
| CDP: | 2275776-HERTZ MEMBER PROGRAM 2024 |
| RENTED: | EUGENE HLE |
| RENTAL: | 12/13/2412:56 |
| RETURN: | 12/16/2412:46 |
| RETURNED: | EUGENE HLE |
| COMPLETED BY: | 5002/OREUE01 |
| PLAN IN: OAUE3 | RATE CLASS: C |
| PLAN OUT: | OAUE3 |
| FF: | ZE1 |

www.Hertz.com





Reservations | Contact Us | FAQs | Privacy Policy

This electronic-mail message contains confidential information intended only for the use of the individual or entity named  If the reader of this message is not the intended recipient, the reader is hereby notified that any dissemination, distribution, copying or other use of this message is strictly prohibited and is hereby instructed to return or destroy this copy of this message

® Reg  U S  Pat  Off  ©2023 The Hertz Corporation  All rights reserved

5601 Northwest Expressway, Oklahoma City, OK 73132 U S A



```
D MEYER FUEL #417
        Eugene
       OR 97402
    541-484-4200
**********************
PUMP# 7
PRE       @3.399 /gal
VOLUME 10.188  gal

GAS TOTAL     34.63
          PRE
TAX            0.00
****BAL       34.63
    Eugene OR 97402
AMERICAN EXPRESS Pur
***********5001 - C
REF#: 893132 TOTAL:
AID: A0000000002501080
TC: B88AB11134B591AB


AMEX          34.63
12/16/24 12:37PM
417 122 105 88888122
I agree to pay the
above Total Amount
according to Card
Issuer Agreement.
    THANK YOU FOR
SHOPPING FRED MEYER!
    Thank You
  Have a Nice Day
```



Store #1232
33380 Highway 34 SE
Albany, OR 97322

12/14/24            16:16
Transaction #   59043
Auth #          544265
AX Card #
###########5001

Pump   Gallons  Price
02    13.440 $ 3.499

Product         Amount
Super           $ 47.03

Total Sale      $ 47.03

Sale - Card Swiped

# M Gmail

Chérif Zouein <c.zouein@gmail.com>

---

**[Personal] Your Friday afternoon trip with Uber**
3 messages

---

**Uber Receipts** <noreply@uber.com>                                    Fri, Dec 13, 2024 at 2:56 PM
To: c.zouein@gmail.com

## Uber

Total $9.91
December 13, 2024



## Thanks for riding, Cherif

We hope you enjoyed your ride
this afternoon.

# Total                                                    $9.91

> In October 2024 in Oregon, roughly 11% of customers' fares went toward covering
> government-mandated commercial insurance for rideshare/TNC (transportation
> network company) trips. Take action to bring down costs.

Trip fare                                                              $8.83

Subtotal                                                              $8.83

Booking Fee  ❓                                                        $1.08

Download PDF

This is not a payment receipt. It is a trip summary to acknowledge the completion of the trip. You will receive a trip receipt when the payment is processed with payment information.

## You rode with Donald

5.00 ★ Rating         Has passed a multi-step safety screen

> Rate or tip

When you ride with Uber, your trips are insured in case of a covered accident.

Learn more ›

UberX     2.37 miles | 8 min

■    2:47 PM
     259 E 5th Ave, Eugene, OR 97401-2704, US

↓    2:56 PM
     2160 W 11th Ave, Eugene, OR 97402, US



Report lost item ›      Contact support ›      My trips ›

Forgot password

Privacy

Terms

Uber Technologies
1725 3rd Street,
San Francisco,
California
94158

---

**Uber Receipts** <noreply@uber.com>
To: c.zouein@gmail.com

Sat, Dec 14, 2024 at 1:43 AM

# Uber

Total $9.91
December 13, 2024

# Thanks for riding, Cherif

We hope you enjoyed your ride
this afternoon.



# Total                           $9.91

In October 2024 in Oregon, roughly 11% of customers' fares went toward covering government-mandated commercial insurance for rideshare/TNC (transportation network company) trips. Take action to bring down costs.

Trip fare                         $8.83

| | |
|---|---|
| Subtotal | $8.83 |
| Booking Fee  | $1.08 |

Payments

 **American Express ····5001**                                    $9.91
12/14/24 1:43 AM

Switch Payment Method

Download PDF

# You rode with Donald

5.00★ Rating                    👤✓  Has passed a multi-step safety screen

Rate or tip

When you ride with Uber, your trips are insured in case of a covered accident.

Learn more ›

UberX    2.37 miles | 8 min

■ 2:47 PM

259 E 5th Ave, Eugene, OR
97401-2704, US

┴ 2:56 PM

2160 W 11th Ave, Eugene,
OR 97402, US



Report lost item   ›          Contact support   ›          My trips   ›

Forgot password                              Uber Technologies

Privacy                                      1725 3rd Street,
                                             San Francisco,
Terms                                        California
                                             94158

---

**Uber Receipts** <noreply@uber.com>                    Tue, Dec 17, 2024 at 6:10 PM
To: c.zouein@gmail.com

# Uber

# Thanks for riding, Cherif

We hope you enjoyed your ride
this afternoon.



# Total                           $9.91

In October 2024 in Oregon, roughly 11% of customers' fares went toward covering
government-mandated commercial insurance for rideshare/TNC (transportation
network company) trips. Take action to bring down costs.

| | |
|---|---|
| Trip fare | $8.83 |
| Subtotal | $8.83 |
| Booking Fee ❓ | $1.08 |

## Payments

| | |
|---|---|
| **American Express ····5001**<br>12/14/24 1:43 AM | $9.91 |

Switch Payment Method

Download PDF

# You rode with Donald

5.00★ Rating                     Has passed a multi-step safety screen

Rate or tip

When you ride with Uber, your trips are insured in case of a covered accident.

Learn more ❯

UberX          2.37 miles | 8 min

■   2:47 PM
    259 E 5th Ave, Eugene, OR
    97401-2704, US

▌   2:56 PM
    2160 W 11th Ave, Eugene,
    OR 97402, US



Report lost item   ❯          Contact support   ❯          My trips   ❯

Forgot password

Privacy

Terms

Uber Technologies

1725 3rd Street,
San Francisco,
California
94158

 Gmail

**Chérif Zouein <c.zouein@gmail.com>**

---

**Your ride with Rebecca on December 17**
1 message

---

**Lyft Receipts** <no-reply@lyftmail.com>                                    Tue, Dec 17, 2024 at 6:00 PM
To: c.zouein@gmail.com



**DECEMBER 17, 2024 AT 2:40 AM**

# Thanks for riding with Rebecca!

100% of tips go to drivers. Add a tip

| | |
|---|---|
| Standard fare (9.05mi, 23m) | $30.78 |
| Wait time fee - 2 min 17 sec, Prime Time 22% | $0.59 |
| Tip | $6.27 |
|  Promotion | -$7.00 |

| | | |
|---|---|---|
| AMEX  American Express *5001 | | **$30.64** |



- **Pickup**   **2:40 AM**
  555 Oak St, Eugene, OR

- **Drop-off**   **3:03 AM**
  28860 Douglas Dr, Eugene, OR

## Make expensing business rides easy

Enable business profile on Lyft to make expensing rides quick and easy.

**GET BUSINESS PROFILE**

**Tip driver**


**Find lost item**


**Request review**


View your ride cost breakdown or get help at any time in the '[Ride History]' tab in your Lyft app.


To protect against unauthorized behavior, you may see an authorization hold on your bank statement. This is to verify your payment method and will not be charged.


Help Center

Receipt #2027690056361739932

We never share your address with your driver after a ride.
Learn more about our commitment to safety.

© OpenStreetMap

© 2024 Lyft, Inc.

548 Market St., P.O. Box 68514
San Francisco, CA 94104
CPUC ID No. TCP0032513 - P


Work at Lyft
Become a Driver

# Invoice

**The Gordon Hotel**
555 Oak Street
Eugene OR 97401
United States of America

**Invoice Date:** 12 19 2024 12:20:23
**Invoice Number:** 63584

**Account Name:** Translex   Cherif Zouein
Zouein,Cherif **Invoice Currency:** USD

| Date of Charge | Charge Code | Charge Description | Charge Amount | Credit Amount |
|---|---|---|---|---|
| 12-12-2024 | Restaurant | Restaurant<br>*Transferred From Othmane Mahjoubi, RESV#154689,ROOM#601 #7739 |12.11.2024* | $ 125.50 | |
| 12-14-2024 | Overnight Parking | Overnight Parking<br>*Transferred From Cherif Zouein, RESV#154690, ROOM#716,* | $ 20.00 | |
| 12 15 2024 | Restaurant | Restaurant<br>*Transferred From Othmane Mahjoubi , RESV#154689,ROOM#601 #2539 |12.12.2024* | $ 214.50 | |
| 12 15 2024 | Restaurant | Restaurant<br>*Transferred From Othmane Mahjoubi, RESV#154689,ROOM#601 #8817 |12.12.2024* | $ 67.00 | |
| 12 15 2024 | Restaurant | Restaurant<br>*Transferred From Othmane Mahjoubi, RESV#154689, ROOM#601,#8015 | 12.13.2024* | $ 119.50 | |
| 12 15 2024 | Restaurant | Restaurant<br>*Transferred From Othmane Mahjoubi, RESV#154689, ROOM#716,#6126 |12.13.2024* | $ 61.50 | |
| 12 15 2024 | Restaurant | Restaurant<br>*Transferred From Othmane Mahjoubi, RESV#154689, ROOM#601,#9631 | 12.14.2024* | $ 104.50 | |
| 12 15 2024 | Restaurant | Restaurant<br>*Transferred From Othmane Mahjoubi, RESV#154689, ROOM#601,#3549 | 12.14.2024* | $ 81.00 | |
| 12 15 2024 | Overnight Parking | Overnight Parking<br>*Transferred From Cherif Zouein, RESV#154690, ROOM#716,* | $ 20.00 | |
| 12-17-2024 | Restaurant | Restaurant<br>*Transferred From Othmane Mahjoubi, RESV#154689, ROOM#601,#3495 | 12.16.2024* | $ 126.50 | |
| 12-17-2024 | Restaurant | Restaurant<br>*Transferred From Othmane Mahjoubi, RESV#154689, ROOM#601,#5296 | 12 16 2024* | $ 53.00 | |
| 12-19-2024 | Mastercard Payment | Mastercard Payment XXXXXXXXXXXX0946 | | $ 993.00 |

| | |
|---|---|
| **Total Charge** | **$ 993.00** |
| **Total Credits** | **$ 993.00** |
| Net Amount | $ 993.00 |
| **Balance** | **$ 0.00** |
| Total Tax Incl. | $ 0.00 |

# Invoice

**The Gordon Hotel**
555 Oak Street
Eugene OR 97401
United States of America

**Invoice Date:** 12 19 2024 12:19:59
**Invoice Number:** 63051

**Account Name:** Translex   Cherif Zouein
Zouein,Cherif **Invoice Currency:** USD

| Date of Charge | Charge Code | Charge Description | Charge Amount | Credit Amount |
|---|---|---|---|---|
| 12-11-2024 | ROOM CHARGE 1000 | ROOM CHARGE 1000 *Transferred From Othman Mahjoubi, RESV#154689, ROOM#601,* | $ 185.00 | |
| 12 11 2024 | CAT State Tax | CAT State Tax *Transferred From Othman Mahjoubi, RESV#154689, ROOM#601,* | $ 3.53 | |
| 12-11-2024 | City Occupancy Tax | City Occupancy Tax *Transferred From Othman Mahjoubi, RESV#154689, ROOM#601,* | $ 21.28 | |
| 12-11-2024 | ROOM CHARGE 1000 | ROOM CHARGE 1000 *Transferred From Cherif Zouein, RESV#154690, ROOM#716,* | $ 185.00 | |
| 12 11 2024 | CAT State Tax | CAT State Tax *Transferred From Cherif Zouein, RESV#154690, ROOM#716,* | $ 3.53 | |
| 12-11-2024 | City Occupancy Tax | City Occupancy Tax *Transferred From Cherif Zouein, RESV#154690, ROOM#716,* | $ 21.28 | |
| 12-11-2024 | ROOM CHARGE 1000 | ROOM CHARGE 1000 *Transferred From Camilla Redmond, RESV#154691, ROOM#511,* | $ 185.00 | |
| 12 11 2024 | CAT State Tax | CAT State Tax *Transferred From Camilla Redmond, RESV#154691, ROOM#511,* | $ 3.53 | |
| 12-11-2024 | City Occupancy Tax | City Occupancy Tax *Transferred From Camilla Redmond, RESV#154691, ROOM#511,* | $ 21.28 | |
| 12 11 2024 | ROOM CHARGE 1000 | ROOM CHARGE 1000 *Transferred From Michael Banuchis, RESV#154692, ROOM#612,* | $ 185.00 | |
| 12 11 2024 | CAT State Tax | CAT State Tax *Transferred From Michael Banuchis, RESV#154692, ROOM#612,* | $ 3.53 | |
| 12-11-2024 | City Occupancy Tax | City Occupancy Tax *Transferred From Michael Banuchis, RESV#154692, ROOM#612,* | $ 21.28 | |
| 12 11 2024 | ROOM CHARGE 1000 | ROOM CHARGE 1000 *Transferred From Julien Brasseur, RESV#154693, ROOM#610,* | $ 185.00 | |
| 12 11 2024 | CAT State Tax | CAT State Tax *Transferred From Julien Brasseur, RESV#154693, ROOM#610,* | $ 3.53 | |
| 12-11-2024 | City Occupancy Tax | City Occupancy Tax *Transferred From Julien Brasseur, RESV#154693, ROOM#610,* | $ 21.28 | |
| 12 11 2024 | ROOM CHARGE 1000 | ROOM CHARGE 1000 *Transferred From Julie Johnson, RESV#154694, ROOM#512,* | $ 185.00 | |

| | |
|---|---|
| **Total Charge** | **$ 5,245.25** |
| **Total Credits** | **$ 5,245.25** |
| Net Amount | $ 4,625.00 |
| **Balance** | **$ 0.00** |
| CAT State Tax | $ 88.25 |
| City Occupancy Tax | $ 532.00 |
| Total Tax Incl. | $ 620.25 |

| Date of Charge | Charge Code | Charge Description | Charge Amount | Credit Amount |
|---|---|---|---|---|
| 12 11 2024 | CAT State Tax | CAT State Tax *Transferred From Julie Johnson, RESV#154694, ROOM#512,* | $ 3.53 | |
| 12 11 2024 | City Occupancy Tax | City Occupancy Tax *Transferred From Julie Johnson, RESV#154694, ROOM#512,* | $ 21.28 | |
| 12-12-2024 | ROOM CHARGE 1000 | ROOM CHARGE 1000 *Transferred From Othmane Mahjoubi, RESV#154689, ROOM#601,* | $ 185.00 | |
| 12 12 2024 | CAT State Tax | CAT State Tax *Transferred From Othmane Mahjoubi, RESV#154689, ROOM#601,* | $ 3.53 | |
| 12-12-2024 | City Occupancy Tax | City Occupancy Tax *Transferred From Othmane Mahjoubi, RESV#154689, ROOM#601,* | $ 21.28 | |
| 12-12-2024 | ROOM CHARGE 1000 | ROOM CHARGE 1000 *Transferred From Cherif Zouein, RESV#154690, ROOM#716,* | $ 185.00 | |
| 12 12 2024 | CAT State Tax | CAT State Tax *Transferred From Cherif Zouein, RESV#154690, ROOM#716,* | $ 3.53 | |
| 12 12 2024 | City Occupancy Tax | City Occupancy Tax *Transferred From Cherif Zouein, RESV#154690, ROOM#716,* | $ 21.28 | |
| 12-12-2024 | ROOM CHARGE 1000 | ROOM CHARGE 1000 *Transferred From Camilla Redmond, RESV#154691, ROOM#511,* | $ 185.00 | |
| 12 12 2024 | CAT State Tax | CAT State Tax *Transferred From Camilla Redmond, RESV#154691, ROOM#511,* | $ 3.53 | |
| 12-12-2024 | City Occupancy Tax | City Occupancy Tax *Transferred From Camilla Redmond, RESV#154691, ROOM#511,* | $ 21.28 | |
| 12-12-2024 | ROOM CHARGE 1000 | ROOM CHARGE 1000 *Transferred From Michael Banuchis, RESV#154692, ROOM#612,* | $ 185.00 | |
| 12 12 2024 | CAT State Tax | CAT State Tax *Transferred From Michael Banuchis, RESV#154692, ROOM#612,* | $ 3.53 | |
| 12-12-2024 | City Occupancy Tax | City Occupancy Tax *Transferred From Michael Banuchis, RESV#154692, ROOM#612,* | $ 21.28 | |
| 12-12-2024 | ROOM CHARGE 1000 | ROOM CHARGE 1000 *Transferred From Julien Brasseur, RESV#154693, ROOM#610,* | $ 185.00 | |
| 12 12 2024 | CAT State Tax | CAT State Tax *Transferred From Julien Brasseur, RESV#154693, ROOM#610,* | $ 3.53 | |
| 12-12-2024 | City Occupancy Tax | City Occupancy Tax *Transferred From Julien Brasseur, RESV#154693, ROOM#610,* | $ 21.28 | |
| 12-12-2024 | ROOM CHARGE 1000 | ROOM CHARGE 1000 *Transferred From Julie Johnson, RESV#154694, ROOM#512,* | $ 185.00 | |
| 12 12 2024 | CAT State Tax | CAT State Tax *Transferred From Julie Johnson, RESV#154694, ROOM#512,* | $ 3.53 | |
| 12-12-2024 | City Occupancy Tax | City Occupancy Tax *Transferred From Julie Johnson, RESV#154694, ROOM#512,* | $ 21.28 | |
| 12-13-2024 | Early Departure Fee | Early Departure Fee *Transferred From Michael Banuchis, RESV#154692, ROOM#612,Early Departure Fee 12 13 2024* | $ 185.00 | |
| 12-13-2024 | CAT State Tax | CAT State Tax *Transferred From Michael Banuchis, RESV#154692, ROOM#612,Early Departure Fee 12 13 2024* | $ 3.53 | |
| 12-13-2024 | City Occupancy Tax | City Occupancy Tax *Transferred From Michael Banuchis, RESV#154692, ROOM#612,Early Departure Fee 12 13 2024* | $ 21.28 | |
| 12-13-2024 | ROOM CHARGE 1000 | ROOM CHARGE 1000 *Transferred From Othmane Mahjoubi, RESV#154689, ROOM#601,* | $ 185.00 | |
| 12 13 2024 | CAT State Tax | CAT State Tax *Transferred From Othmane Mahjoubi, RESV#154689, ROOM#601,* | $ 3.53 | |
| 12-13-2024 | City Occupancy Tax | City Occupancy Tax *Transferred From Othmane Mahjoubi, RESV#154689, ROOM#601,* | $ 21.28 | |

| | |
|---|---|
| **Total Charge** | **$ 5,245.25** |
| **Total Credits** | **$ 5,245.25** |
| Net Amount | $ 4,625.00 |
| **Balance** | **$ 0.00** |
| CAT State Tax | $ 88.25 |
| City Occupancy Tax | $ 532.00 |
| Total Tax Incl. | $ 620.25 |

| Date of Charge | Charge Code | Charge Description | Charge Amount | Credit Amount |
|---|---|---|---|---|
| 12 13 2024 | ROOM CHARGE 1000 | ROOM CHARGE 1000<br>*Transferred From Cherif Zouein, RESV#154690, ROOM#716,* | $ 185.00 | |
| 12 13 2024 | CAT State Tax | CAT State Tax<br>*Transferred From Cherif Zouein, RESV#154690, ROOM#716,* | $ 3.53 | |
| 12-13-2024 | City Occupancy Tax | City Occupancy Tax<br>*Transferred From Cherif Zouein, RESV#154690, ROOM#716,* | $ 21.28 | |
| 12 13 2024 | ROOM CHARGE 1000 | ROOM CHARGE 1000<br>*Transferred From Camilla Redmond, RESV#154691, ROOM#511,* | $ 185.00 | |
| 12 13 2024 | CAT State Tax | CAT State Tax<br>*Transferred From Camilla Redmond, RESV#154691, ROOM#511,* | $ 3.53 | |
| 12-13-2024 | City Occupancy Tax | City Occupancy Tax<br>*Transferred From Camilla Redmond, RESV#154691, ROOM#511,* | $ 21.28 | |
| 12 14 2024 | ROOM CHARGE 1000 | ROOM CHARGE 1000<br>*Transferred From Othmane Mahjoubi, RESV#154689, ROOM#601,* | $ 185.00 | |
| 12 14 2024 | CAT State Tax | CAT State Tax<br>*Transferred From Othmane Mahjoubi, RESV#154689, ROOM#601,* | $ 3.53 | |
| 12-14-2024 | City Occupancy Tax | City Occupancy Tax<br>*Transferred From Othmane Mahjoubi, RESV#154689, ROOM#601,* | $ 21.28 | |
| 12 14 2024 | ROOM CHARGE 1000 | ROOM CHARGE 1000<br>*Transferred From Cherif Zouein, RESV#154690, ROOM#716,* | $ 185.00 | |
| 12-14-2024 | CAT State Tax | CAT State Tax<br>*Transferred From Cherif Zouein, RESV#154690, ROOM#716,* | $ 3.53 | |
| 12-14-2024 | City Occupancy Tax | City Occupancy Tax<br>*Transferred From Cherif Zouein, RESV#154690, ROOM#716,* | $ 21.28 | |
| 12 14 2024 | ROOM CHARGE 1000 | ROOM CHARGE 1000<br>*Transferred From Camilla Redmond, RESV#154691, ROOM#511,* | $ 185.00 | |
| 12-14-2024 | CAT State Tax | CAT State Tax<br>*Transferred From Camilla Redmond, RESV#154691, ROOM#511,* | $ 3.53 | |
| 12-14-2024 | City Occupancy Tax | City Occupancy Tax<br>*Transferred From Camilla Redmond, RESV#154691, ROOM#511,* | $ 21.28 | |
| 12 15 2024 | ROOM CHARGE 1000 | ROOM CHARGE 1000<br>*Transferred From Othmane Mahjoubi, RESV#154689, ROOM#601,* | $ 185.00 | |
| 12-15-2024 | CAT State Tax | CAT State Tax<br>*Transferred From Othmane Mahjoubi, RESV#154689, ROOM#601,* | $ 3.53 | |
| 12-15-2024 | City Occupancy Tax | City Occupancy Tax<br>*Transferred From Othmane Mahjoubi, RESV#154689, ROOM#601,* | $ 21.28 | |
| 12 15 2024 | ROOM CHARGE 1000 | ROOM CHARGE 1000<br>*Transferred From Cherif Zouein, RESV#154690, ROOM#716,* | $ 185.00 | |
| 12-15-2024 | CAT State Tax | CAT State Tax<br>*Transferred From Cherif Zouein, RESV#154690, ROOM#716,* | $ 3.53 | |
| 12-15-2024 | City Occupancy Tax | City Occupancy Tax<br>*Transferred From Cherif Zouein, RESV#154690, ROOM#716,* | $ 21.28 | |
| 12 15 2024 | ROOM CHARGE 1000 | ROOM CHARGE 1000<br>*Transferred From Camilla Redmond, RESV#154691, ROOM#511,* | $ 185.00 | |
| 12-15-2024 | CAT State Tax | CAT State Tax<br>*Transferred From Camilla Redmond, RESV#154691, ROOM#511,* | $ 3.53 | |
| 12-15-2024 | City Occupancy Tax | City Occupancy Tax<br>*Transferred From Camilla Redmond, RESV#154691, ROOM#511,* | $ 21.28 | |
| 12 16 2024 | Early Departure Fee | Early Departure Fee<br>*Transferred From Camilla Redmond, RESV#154691, ROOM#511,* | $ 185.00 | |
| 12-16-2024 | CAT State Tax | CAT State Tax<br>*Transferred From Camilla Redmond, RESV#154691, ROOM#511,* | $ 3.53 | |
| 12 16 2024 | City Occupancy Tax | City Occupancy Tax<br>*Transferred From Camilla Redmond, RESV#154691, ROOM#511,* | $ 21.28 | |

|  |  |
|---|---|
| **Total Charge** | **$ 5,245.25** |
| **Total Credits** | **$ 5,245.25** |
| Net Amount | $ 4,625.00 |
| **Balance** | **$ 0.00** |
| CAT State Tax | $ 88.25 |
| City Occupancy Tax | $ 532.00 |
| Total Tax Incl. | $ 620.25 |

| Date of Charge | Charge Code | Charge Description | Charge Amount | Credit Amount |
|---|---|---|---|---|
| 12 16 2024 | ROOM CHARGE 1000 | ROOM CHARGE 1000<br>*Transferred From Othmane Mahjoubi, RESV#154689, ROOM#601,* | $ 185.00 | |
| 12 16 2024 | CAT State Tax | CAT State Tax<br>*Transferred From Othmane Mahjoubi, RESV#154689, ROOM#601,* | $ 3.53 | |
| 12-16-2024 | City Occupancy Tax | City Occupancy Tax<br>*Transferred From Othmane Mahjoubi, RESV#154689, ROOM#601,* | $ 21.28 | |
| 12 16 2024 | ROOM CHARGE 1000 | ROOM CHARGE 1000<br>*Transferred From Cherif Zouein, RESV#154690, ROOM#716,* | $ 185.00 | |
| 12 16 2024 | CAT State Tax | CAT State Tax<br>*Transferred From Cherif Zouein, RESV#154690, ROOM#716,* | $ 3.53 | |
| 12-16-2024 | City Occupancy Tax | City Occupancy Tax<br>*Transferred From Cherif Zouein, RESV#154690, ROOM#716,* | $ 21.28 | |
| 12 19 2024 | Mastercard Payment | Mastercard Payment XXXXXXXXXXXX0946 | | $ 5,245.25 |

|  |  |
|---|---|
| **Total Charge** | **$ 5,245.25** |
| **Total Credits** | **$ 5,245.25** |
| Net Amount | $ 4,625.00 |
| **Balance** | **$ 0.00** |
| CAT State Tax | $ 88.25 |
| City Occupancy Tax | $ 532.00 |
| Total Tax Incl. | $ 620.25 |

 Outlook

---

**Receipt from Gordon Tavern**

---

**From** Lightspeed Restaurant Receipts <support+gordon-tavern@upserve.com>

**Date** Thu 12/19/2024 10:12 AM

**To** Loriah Aina <laina@thegordonhotel.com>

---

**ATTENTION:** This sender is EXTERNAL to our company. Please do not click links or open attachments unless you requested them and know the content is safe.

---

Your requested receipt is below, thank you for visiting Gordon Tavern.

# Gordon Tavern

| Check #: 8817 | 12/12/24 |
|---|---|
| Server: Mason P | 7:15 AM |
| TABLE: 23 | Guest Count: 2 |

| | | |
|---|---|---|
| 2 | Coffee (@3.50)/ea | 7.00 |
| 3 | Granola Parfait (@9.00)/ea | 27.00 |
| 1 | Farmer's Breakfast | 15.00 |
| 1 | Side Two Eggs | 5.00 |
| 2 | Sourdough Toast (@4.00)/ea | 8.00 |
| 1 | Side Two Eggs | 5.00 |

| | |
|---|---|
| Sub-total | 67.00 |
| Sales Tax | 0.00 |
| **TOTAL** | **67.00** |

PAYMENTS

| House account Payment | 67.00 |
|---|---|
| Hotel Guest Services | |

| TOTAL PAYMENTS | 67.00 |
| TOTAL TIPS | 0.00 |
| Balance Due | 0.00 |

Thank You!

 Outlook

## Receipt from Gordon Tavern

**From** Lightspeed Restaurant Receipts <support+gordon-tavern@upserve.com>
**Date** Thu 12/19/2024 10:43 AM
**To** Loriah Aina <laina@thegordonhotel.com>

**ATTENTION:** This sender is EXTERNAL to our company. Please do not click links or open attachments unless you requested them and know the content is safe.

Your requested receipt is below, thank you for visiting Gordon Tavern.

# Gordon Tavern

| | | |
|---|---|---|
| Check #: 6126 | | 12/13/24 |
| Server: Mason P | | 7:45 AM |
| TABLE: 20 | | Guest Count: 3 |
| 1 Mush & Spin Omelette | | 14.00 |
| 1 Fried Chicken & Eggs | | 17.00 |
| 1 Farmer's Breakfast | | 15.00 |
| 1 Coffee | | 3.50 |
| Sub-total | | 49.50 |
| Sales Tax | | 0.00 |
| **TOTAL** | | **49.50** |

PAYMENTS
House account Payment                    49.50
 Hotel Guest Services

                              Tips:    12.00

TOTAL PAYMENTS                         49.50

| | |
|---|---|
| TOTAL TIPS | 12.00 |
| Balance Due | 0.00 |

Thank You!

Gordon Tavern

Check #: 7739                 12/11/24
Server: Bar B.                7:22pm
Table: B2                     Guests: 2
--------------------------------------
1 McKenzie 16oz                 $7.00
1 Tavern Old Fashioned         $13.00
1 Negroni                      $12.50
1 King Estate Pinot Gris 9oz.  $15.00
1 King Estate Pinot Gris 6oz.  $11.00
1 Chicken Sliders              $12.00
1 Hummus                       $12.00
1 Mushroom Pizza               $18.00
--------------------------------------
Sub-total                     $100.50
Total Tax                       $0.00
TOTAL                         $100.50
--------------------------------------
Balance Due                   $100.50

        Suggested Tips:
         18% = $18.09
         20% = $20.10
         22% = $22.11

        Thank You!

Gordon Tavern

Check #: 2539                 12/12/24
Server: Bar B.                4:18pm
Table: 716 Zouein             Guests: 2
----------------------------------------------
1 HH McKenzie Hefeweizen 16oz.          $6.00
2 Johnnie Walker Black (@$12.50/ea)    $25.00
1 Tavern Old Fashioned                 $13.00
1 HH McKenzie Twisted IPA 16oz.         $6.00
1 HH Sun River Rippin NW Pale Ale 16 oz $6.00
2 Negroni (@$12.50/ea)                 $25.00
1 Pelligreno                            $3.00
2 Pelligreno (@$3.00/ea)                $6.00
1 Oregon Mule                          $13.00
1 HH Tavern Chips                      $12.00
1 HH Margherita                        $14.00
2 HH Chicken Sliders (@$8.00/ea)       $16.00
1 HH Calamari                          $12.00
1 HH Waygu Burger                      $14.00
   MAINS ADDS: Sub Mixed Salad          $4.00
----------------------------------------------
Sub-total                             $175.00
Total Tax                               $0.00
TOTAL                                 $175.00
----------------------------------------------
Balance Due                           $175.00

        Suggested Tips:
         18% = $31.50
         20% = $35.00
         22% = $38.50

        Thank You!

Gordon

Check #: 8015                 12/13/24
Server: Bar B.                11:16pm
Tab: Mahjoub 601
--------------------------------------------
1 Booker's                          $26.00
1 White Russian                     $10.50
3 Johnnie Walker Black (@$12.50/ea) $37.50
1 Negroni                           $12.50
1 HH Chicken Sliders                 $8.00
--------------------------------------------
Sub-total                           $94.50
Total Tax                            $0.00
TOTAL                               $94.50
--------------------------------------------
Balance Due                         $94.50

        Suggested Tips:
         18% = $17.01
         20% = $18.90
         22% = $20.79

        Thank You!

Gordon Tavern

Check #: 3549                 12/14/24
Server: Nickolas A.           12:28pm
Tab: Mahjoubi 601
------------------------------------------------
1 Soda                                  $3.00
2 Orange Juice (@$4.00/ea)              $8.00
1 Mixed Salad                          $12.00
   DRESSINGS/PROTEINS : Salad Salmon   $12.00
1 Cheese Omelette                      $14.00
1 Waygu Burger                         $17.00
------------------------------------------------
Sub-total                              $66.00
Total Tax                               $0.00
TOTAL                                  $66.00
------------------------------------------------
PAYMENTS

House Account                          $66.00
Hotel Guest Services
                         TIPS:         $15.00

...vern

```
Check #: 9631                12/14/24
Server: Bar B.                 6:45pm
Table: B11                   Guests: 2
-----------------------------------------
1 Little Book                    $36.50
2 Negroni (@$12.50/ea)           $25.00
1 King Estate Pinot Gris 6oz.    $11.00
1 Baked Brie                     $12.00
-----------------------------------------
Sub-total                        $84.50
Total Tax                         $0.00
TOTAL                            $84.50
-----------------------------------------
Balance Due                      $84.50
```

Suggested Tips:
18% = $15.21
20% = $16.90
22% = $18.59

Thank You!

MAHJOUBI

#601

---

Gordon Tavern

```
Check #: 5296                     12/16/24
Server: Giovanna B.                2:44pm
Table: ROOM 601 Mahjoubi        Guests: 1
----------------------------------------------
1 King Estate Pinot Gris 9oz.    $15.00
1 Mixed Salad                    $12.00
   DRESSINGS/PROTEINS : Salad Salmon $12.00
1 Sourdough Toast                 $4.00
----------------------------------------------
Sub-total                        $43.00
Total Tax                         $0.00
TOTAL                            $43.00

PAYMENTS

House Account                    $43.00
Hotel Guest Services

TOTAL PAYMENTS                   $43.00
----------------------------------------------
Balance Due                       $0.00
```

Suggested Tips:
18% = $7.74
20% = $8.60
22% = $9.46

Thank You!

---

Gordon Tavern

```
Check #: 3495                    12/16/24
Server: Bar B.                    8:14pm
Table: B10                      Guests: 1
-----------------------------------------
1 Fernet                         $10.00
1 Amaro Nonino                   $11.50
1 Tavern Old Fashioned           $13.00
1 King Estate Pinot Gris 6oz.    $11.00
1 HH Chicken Sliders              $8.00
1 Baked Brie                     $12.00
1 Whipped Potatoes                $8.00
1 Entree Tuna                    $28.00
-----------------------------------------
Sub-total                       $101.50
Total Tax                          $0.00
TOTAL                           $101.50
-----------------------------------------
Balance Due                     $101.50
```

Suggested Tips:
18% = $18.27
20% = $20.30
22% = $22.33

Thank You!

MAHJOUBI        #601



ACCOUNT ENDING  75001

Platinum Card®

CARD MEMBER

CHERIF ZOUEIN

| DATE | | DESCRIPTION | AMOUNT |
|---|---|---|---|
| Dec 18 | **PREMIUM CAR RENTAL INSUR**<br>200 VESEY STREET<br>43RD FLOOR<br><br>NEW YORK<br>NY<br>10285<br>(800) 228-6855 | **PREM CAR RENTAL PROTECTION 800-326-2078**<br><br>Will appear on your Dec 24, 2024 statement as<br>PREM CAR RENTAL PROTECTION 800-326-2078<br><br>CARD<br>CHERIF ZOUEIN<br><br>FOREIGN TRANSACTION DETAILS<br>Original Amount      0<br><br>ADDITIONAL INFORMATION<br>CRA546858712 12/13/2024 EUGENE | $24.95 |

CHANG-CASTILLO AND ASSOCIATES LLC
601 Van Ness Avenue, Suite E3-729
San Francisco, CA 94102



# Invoice

| Bill To |
|---------|
| Othmane Mahjoubi |
| 15 rue Montmorency |
| 75003 Paris |
| France |

**Date:** 12/16/2024

**Invoice #:** 240323

**Due Date:** 12/16/2024

**P.O. No.:** TLXII241137

| Item | Description | Qty | Price | Amount |
|------|-------------|-----|-------|--------|
| Interpretation Services | TLXII241137<br>Location: Eugene, Oregon<br>Venue: Eugene's district court (United States District Court, District of Oregon)<br>Address: 405 East Eighth Ave.<br>Eugene, OR 97401<br>Dates: December 12 & 13, 2024<br>English<>French simultaneous and consecutive Federal court interpreter(s) (non-local) - 2 day(s)<br>• Dec. 12-13 - approx. 6 hrs of interpretation work | 4 | 2,025.00 | 8,100.00 |
| Interpretation Equipment | Onsite Tehcnical Resources<br>• Portable equipment for up to 5 people (with 2 interpreters) (with transmission equipment)<br>• Delivery/shipping fee | | 600.00 | 600.00 |

karen@chang-castillo.com        (510)701-1670
www.chang-castillo.com          (415) 707-6996

| | |
|---|---|
| **Subtotal** | |
| **Sales Tax (0.0%)** | |
| **Total** | |
| **Payments/Credits** | |
| **Balance Due** | |

CHANG-CASTILLO AND ASSOCIATES LLC
601 Van Ness Avenue, Suite E3-729
San Francisco, CA 94102



# Invoice

| Bill To |
| --- |
| Othmane Mahjoubi<br>15 rue Montmorency<br>75003 Paris<br>France |

**Date:** 12/16/2024

**Invoice #:** 240323

**Due Date:** 12/16/2024

**P.O. No.:** TLXII241137

| Item | Description | Qty | Price | Amount |
| --- | --- | --- | --- | --- |
| Airfare<br>Ground Transportation | Airfare-2 interpreters on TLXII241137<br>Addtional ground transportation-<br>Interpreters extra fees (Uber and Lyft)<br><br>Addendum 1<br>Location: Eugene, Oregon<br>Venue: Eugene's district court (United States District Court, District of Oregon)<br>Address: 405 East Eighth Ave.<br>Eugene, OR 97401<br>Dates: December 16, 2024 | | 1,047.90<br>330.88 | 1,047.90<br>330.88 |
| Interpretation Services | English<>French  consecutive Federal court interpreter-cancellation fee | 1 | 1,200.00 | 1,200.00 |
| Airfare | Airfare -1<br>Interpreter-Addndum-Cancelled-Travel Agent Fee | | 20.00 | 20.00 |

karen@chang-castillo.com          (510)701-1670
www.chang-castillo.com              (415) 707-6996

| | |
| --- | --- |
| **Subtotal** | $11,298.78 |
| **Sales Tax (0.0%)** | $0.00 |
| **Total** | $11,298.78 |
| **Payments/Credits** | $0.00 |
| **Balance Due** | $11,298.78 |



Othmane Mahjoubi
15, rue Montmorency
75003 Paris, France

Paris, le 19 décembre 2024

**Facture Réf.** : 2024-1203

**Objet : Traduction et interprétariat FR<->EN**

## Prestation

Traduction anglaise certifiée de 24 documents et diverses missions d'interprétariat à distance représentant un total de 104h d'août à décembre 2024, dans le cadre du procès Mahjoubi v. Roper.

|  | Montant |
|---|---|
| **Traduction certifiée (24 documents)** | 2.880 € |
| **Interprétation à distance (104h * 90€)** | 9.360 € |
| **Traduction libre (15600 mots * 0.16€)** | 2.480 € |
| **Montant H.T.** | 14.720 € |
| **T.V.A. à 20%** | 2.944 € |
| **MONTANT TOTAL (T.T.C.)** | 17.664 € |

En votre aimable règlement par virement bancaire (coordonnées bancaires en pied de page) dès réception.

TRANSLEX SAS –CAPITAL : 18,000€ – TVA EU : FR65532004504
34 RUE GUILLAUME TELL - 75017 PARIS, FRANCE – TEL : +33970407565 – INFO@TRANSLEX.COM – WWW.TRANSLEX.COM
COMPTE BANCAIRE : PHILOUPS - 30066 10141 00020062601 64   -   IBAN : FR76 3006 6101 4100 0200 6260 164    –    BIC : CMCIFRPP

```
                    KELLIE M. HUMISTON, RMR, CRR
                        Official Court Reporter

                    1000 SW Third Avenue, Room 301
                        Portland, Oregon 97204
                           (503) 326-8186
                    Kellie_Humiston@ord.uscourts.gov
```
_____

```
                                        INVOICE NO. 2024-120

December 20, 2024

GREEN KAMINER MIN & ROCKMORE
Michael Banuchis
420 Lexington Avenue
Suite 2821
New York, NY 10170
Tele:  (212) 681-6400
Mbanuchis@gkmrlaw.com
```
_____

```
Re:  Mahjoubi vs. Roper
     USDC Case No. 6:24-cv-01358-AA


For:
1.  12/12/24 Court Trial (153 pages)
2.  12/13/24 Court Trial (10 pages)
```
_____

```
PAGES:
     125 pages @ $2.55 per page:              318.75
     (12/12/24 Realtime)

     163 pages @ $1.10 per page:              179.30
     (Copy)
```
_____

```
DEPOSIT:                                     2,065.50
```
_____
```
REFUND ENCLOSED:                             1,567.45
```

**PAYABLE UPON RECEIPT**
Make check payable to Kellie Humiston
**THANK YOU**

 Outlook

---

**Your United Airlines booking confirmation – F971XS**

---

**From** United Airlines <notifications@united.com>
**Date** Mon 12/9/2024 6:23 PM
**To** Camilla Redmond <credmond@gkmrlaw.com>

---

CAUTION: This email originated from outside of the organization. Do not click links or open attachments unless you recognize the sender and know the content is safe.

---



# Thanks Camilla for choosing United!

## Confirmation number: F971XS

You'll receive a second email with your receipt once we're done processing your reservation. If you don't receive your receipt with 24 hours, <u>contact us</u> .

Manage my trip

> You have purchased Travel Guard® travel insurance from AIG Travel. Insurance details, along with applicable definitions and terms of coverage, are fully described in your Policy of Insurance. It is your responsibility to read and understand the details of your coverage. To ask about a Travel Guard product or file a claim, please call 1-877-934-8308.

## Purchase summary

| | |
|---|---|
| Fare | $1,519.54 |
| Taxes and Fees | $212.36 |

| Premium add-ons | $892.00 |

| Trip insurance (billed separately by Travel Guard Group, Inc.) | $176.86 |

## Total                                                    $2,800.76

Credit card payment: $2,623.90 ██████████ Billed by United
Credit card payment: $176.86 ██████████ Billed by Travel Guard Group, Inc.

## Flight to Eugene

**Dec 11, 2024**                        1 Connection    **Non Preferred Cabin**

# 12:00 PM                                              3:25 PM

**EWR** ---------------------- 6h 25m ---------------------- **SFO**

New York/Newark, NJ, US                      San Francisco, CA, US

**FLIGHT INFO**

Duration: 6h 25m
UA 758
Boeing 757-200
United Economy
Meals for purchase

CONNECTION:

# 4:30 PM                                              6:16 PM

**SFO** ---------------------- 1h 46m ---------------------- **EUG**

San Francisco, CA, US                          Eugene, OR, US

**FLIGHT INFO**

Duration: 1h 46m
UA 5664 Operated by SkyWest dba United Express

Embraer E175
United Economy
Meals are not offered for this flight

## Flight to New York/Newark

**Dec 16, 2024**                                    1 Connection    **Long Layover    Over Night**
                                                                                   **+1 day arrival**

# 7:00 PM                                           8:44 PM

**EUG**   ------------------------   1h 44m   ------------------------   **SFO**

Eugene, OR, US                                      San Francisco, CA, US

**FLIGHT INFO**

Duration: 1h 44m
UA 5838 Operated by SkyWest dba United Express
Embraer E175
United Economy
Meals are not offered for this flight

------------------------   CONNECTION:   ------------------------

# 10:45 PM                                          7:02 AM

**SFO**   ------------------------   5h 17m   ------------------------   **EWR**

San Francisco, CA, US                               New York/Newark, NJ, US

**FLIGHT INFO**

Duration: 5h 17m
UA 2460
Boeing 777-200
United Economy
Snacks for Purchase

## Travelers

### Camilla Redmond Costa

**Seats:**

EWR to SFO: 27D

Preferred Seat

SFO to EUG: 8A

Economy Plus®

EUG to SFO: 9A

Economy Plus®

SFO to EWR: 33A

Economy Plus®

### Michael Banuchis

**Seats:**

EWR to SFO: 29A

Preferred Seat

SFO to EUG: 8D

Economy Plus®

EUG to SFO: 9D

Economy Plus®

SFO to EWR: 34L

Economy Plus®

## Calculate bag charges

| FLIGHT | FIRST BAG | SECOND BAG | WEIGHT PER BAG |
|---|---|---|---|
| New York/Newark, NJ, US (EWR) to Eugene, OR, US (EUG) December 11, 2024 | $40/per traveler | $50/per traveler | 50 (23kg) |
| Eugene, OR, US (EUG) to New York/Newark, NJ, US (EWR) December 16, 2024 | $40/per traveler | $50/per traveler | 50 (23kg) |

These are estimates of additional bag service charges that may apply to your itinerary. Service charges may vary by traveler, depending on status or memberships. First and second bag service charges do not apply to active duty members of the U.S military and their accompanying dependents. For additional information, visit united.com/baggage.

**Carry-on baggage allowed**

United accepts the following items, per customer, to be carried on the aircraft at no charge:

- One carry-on bag no more than 45 linear inches or 114 linear centimeters
- One personal item (such as a shoulder or laptop bag)

nDue to FAA regulations, operating carriers may have different carry-on requirements. Please check with the operating carrier for more information or go to united.com/baggage.

**Additional trip planning tools**

Baggage Policies: View current baggage acceptance allowances.

Passport and Visa Information: International Travel Documentation requirements

**RealId**

Do you have a REAL ID? Beginning May 7, 2025, every air traveler 18 and older will need a state-issued REAL ID-compliant license or identification card, or another acceptable form of ID (such as a passport), to fly within the United States. If you don't have a REAL ID, you'll need to use another acceptable form of identification when flying within the U.S.

fly the friendly skies

Reservations          Deals & offers          MileagePlus®          My account

Follow us on Facebook    Follow us on Twitter    Follow us on YouTube    Follow us on Instagram

This email was sent to credmond@gkmrlaw.com by United Airlines.
Please do not reply to this email. We cannot accept electronic replies to this email address.

© 2024 United Airlines. All rights reserved. United Airlines, Inc. 233 S. Wacker Drive Chicago, IL 60606

**Contact us**    |    **Email preferences**    |    **Privacy policy**

 A STAR ALLIANCE MEMBER

 Outlook

---

**Your United Airlines booking confirmation – F971XS**

---

**From** United Airlines <notifications@united.com>
**Date** Thu 12/12/2024 8:43 PM
**To** Camilla Redmond <credmond@gkmrlaw.com>

---

> CAUTION: This email originated from outside of the organization. Do not click links or open attachments unless you recognize the sender and know the content is safe.

---

United Airlines

# Thanks CAMILLA for choosing United!

## Confirmation number: F971XS

You'll receive a second email with your receipt once we're done processing your reservation. If you don't receive your receipt with 24 hours, <u>contact us</u> .

Manage my trip

---

We were unable to complete your seat purchase.

---

## New purchase summary

| | |
|---|---|
| Fare (new trip) | $2,327.88 |
| Taxes and fees difference | $41.58 |
| Premium add-ons | $69.98 |

| Original trip | -$1,731.90 |
|---|---|
| Change fee | No fee |

## Total amount paid    $665.96

Credit card payment: $665.96 ███████

## Flight to New York/Newark

**Dec 13, 2024**                          1 Connection    **+1 day arrival**

# 7:00 PM                          8:44 PM
**EUG**  ---------------  1h 44m  ---------------  **SFO**

Eugene, OR, US                          San Francisco, CA, US

**FLIGHT INFO**

Duration: 1h 44m
UA 5838 Operated by SkyWest dba United Express
Embraer E175
United Economy

---

CONNECTION:

---

# 9:30 PM                          5:43 AM
**SFO**  ---------------  5h 13m  ---------------  **EWR**

San Francisco, CA, US                          New York/Newark, NJ, US

**FLIGHT INFO**

Duration: 5h 13m
UA 396
Boeing 777-222B
United Economy

## Travelers

### Camilla Redmondcosta

**Email:** CR****ND@GKMRLAW.COM                **Seats:**

**Phone number:**                             EWR to SFO: --

SFO to EUG: --

EUG to SFO: 9D

Economy Plus®

SFO to EWR: --

### Michael Banuchis

**Email:** MB*****IS@GKMRLAW.COM               **Seats:**

**Phone number:**                             EWR to SFO: --

SFO to EUG: --

EUG to SFO: 9D

Economy Plus®

SFO to EWR: --

## Calculate bag charges

| FLIGHT | FIRST BAG | SECOND BAG | WEIGHT PER BAG |
|--------|-----------|------------|----------------|
| Eugene, OR, US (EUG) to New York/Newark, NJ, US (EWR) December 13, 2024 | $40/per traveler | $50/per traveler | 50 (23kg) |

These are estimates of additional bag service charges that may apply to your itinerary.
Service charges may vary by traveler, depending on status or memberships. First and
second bag service charges do not apply to active duty members of the U.S military

and their accompanying dependents. For additional information, visit
<u>united.com/baggage</u>.

---

**Carry-on baggage allowed**

United accepts the following items, per customer, to be carried on the aircraft at no charge:

- One carry-on bag no more than 45 linear inches or 114 linear centimeters
- One personal item (such as a shoulder or laptop bag)

nDue to FAA regulations, operating carriers may have different carry-on requirements. Please check with the operating carrier for more information or go to <u>united.com/baggage</u>.

---

**Additional trip planning tools**

<u>Baggage Policies</u>: View current baggage acceptance allowances.

<u>Passport and Visa Information</u>: International Travel Documentation requirements

---

**RealId**

Do you have a <u>REAL ID</u>? Beginning May 7, 2025, every air traveler 18 and older will need a state-issued REAL ID-compliant license or identification card, or another acceptable form of ID (such as a passport), to fly within the United States. If you don't have a REAL ID, you'll need to use <u>another acceptable form of identification</u> when flying within the U.S.

---

fly the friendly skies

Follow us on Facebook    Follow us on Twitter    Follow us on YouTube    Follow us on Instagram

This email was sent to credmond@gkmrlaw.com by United Airlines.

Please do not reply to this email. We cannot accept electronic replies to this email address.

© 2024 United Airlines. All rights reserved. United Airlines, Inc. 233 S. Wacker Drive Chicago, IL 60606

**Contact us**   |   **Email preferences**   |   **Privacy policy**

 A STAR ALLIANCE MEMBER