IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF OREGON

EUGENE DIVISION

**OTHMANE MAHJOUBI,**

    Petitioner,

v.

**DANIELLE KATHRYN ROPER,**

    Respondent.

Civ. No. 6:24-cv-01358-AA

**OPINION AND ORDER**

___

AIKEN, District Judge:

    The Court has received the Parties' Stipulation to Attorney Fees.  ECF No. 60. In accordance with the stipulation, Petitioner's Motion for Fees, ECF No. 58, is denied as MOOT.  Having resolved all outstanding issues, the Court directs the Clerk to close the case.  Judgement of Dismissal will be entered accordingly.

    IT IS SO ORDERED.

    Dated this 17th day of January 2025.

                        /s/Ann Aiken

                        Ann Aiken
                    United States District Judge